AO 442 (Rev. 11/11) Arrest Warrant

24-2858-MJ-REID

FILED BY ___TS___ D.C.
May 1, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, FL

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| United States of America | ) |
| v. | ) |
| TREMAINE BODIE | ) Case No. CR424-030 |
| | ) |
| | ) SEALED |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TREMAINE BODIE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

Date: 04/03/2024

*Issuing officer's signature*

City and state:  Augusta, Georgia

John E. Triplett, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR424-030<br>INDICTMENT NO: 2024 MAR -3 A 1:56 |
| ) | M. Dawson |
| v. ) | 21 U.S.C. § 846 |
| ) | Conspiracy to Possess With |
| TREMAINE BODIE ) | Intent to Distribute a Controlled |
| ) | Substance (Cocaine) |
| ) | |
| ) | 18 U.S.C. § 1957(a) |
| ) | Money Laundering Involving Over |
| ) | $10,000 |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Conspiracy to Possess With Intent to Distribute and to Distribute a Controlled Substance (Cocaine)*
21 U.S.C. § 846

Beginning on a date at least as early as September 7, 2020, up to February 2, 2022, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendant,

**TREMAINE BODIE,**

and Lawrence Ferrell, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with others known and unknown with some joining the conspiracy earlier and others joining later, to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

## COUNTS TWO THROUGH THIRTY-FOUR
*Money Laundering Involving Over $10,000*
18 U.S.C. § 1957(a)

On or about the dates and times below, in Broward County, within the Southern District of Florida, after having participated in the transfer of proceeds of the specified unlawful activity from the Southern District of Georgia, the Defendant,

**TREMAINE BODIE,**

did knowingly engage and attempt to engage in the following monetary transactions by, through, or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value of greater than $10,000, that is the deposit, withdrawal, transfer, and exchange of U.S. Currency, funds, and monetary instruments, to wit: exchanging cash for casino credit ("cashing in") and exchanging casino credit for cash or electronic funds ("cashing out"), such property being derived from a specified unlawful activity, that is Conspiracy to Possess With Intent to Distribute Controlled Substances in violation of Title 21, United States Code, Section 846:

| COUNT | DATE | LOCATION | TRANSACTION | AMOUNT |
|---|---|---|---|---|
| 2 | February 25, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $17,000 |
| 3 | March 25, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $12,050 |
| 4 | March 25, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $12,000 |

| 5 | April 7, 2021 | Seminole Casino Coconut Creek | Cash Out | $16,000 |
|---|---|---|---|---|
| 6 | April 8, 2021 | Seminole Hard Rock Hotel and Casino | Cash In | $14,000 |
| 7 | April 9, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $20,000 |
| 8 | April 9, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $13,000 |
| 9 | April 26, 2021 | Seminole Casino Coconut Creek | Cash Out | $21,000 |
| 10 | April 28, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $17,000 |
| 11 | April 28, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $15,000 |
| 12 | April 28, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $11,000 |
| 13 | April 29, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $17,000 |
| 14 | May 2, 2021 | Seminole Casino Coconut Creek | Cash Out | $25,000 |
| 15 | May 6, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $11,100 |

| 16 | May 9, 2021 | Seminole Casino Coconut Creek | Cash Out | $19,010 |
| 17 | May 11, 2021 | Seminole Casino Coconut Creek | Cash Out | $12,000 |
| 18 | June 3, 2021 | Seminole Hard Rock Hotel and Casino | Cash In | $11,500 |
| 19 | June 3, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $16,910 |
| 20 | June 7, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $20,100 |
| 21 | August 4, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $19,000 |
| 22 | October 1, 2021 | Seminole Casino Coconut Creek | Cash Out | $27,000 |
| 23 | October 5, 2021 | Seminole Casino Coconut Creek | Cash In | $15,200 |
| 24 | October 9, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $16,000 |
| 25 | October 13, 2021 | Seminole Hard Rock Hotel and Casino | Cash Out | $16,500 |
| 26 | December 1, 2021 | Seminole Casino Coconut Creek | Cash Out | $40,000 |

4

| 27 | December 1, 2021 | Seminole Casino Coconut Creek | Cash Out | $34,300 |
| 28 | December 1, 2021 | Seminole Casino Coconut Creek | Cash Out | $20,000 |
| 29 | December 6, 2021 | Seminole Casino Coconut Creek | Cash In | $13,000 |
| 30 | December 6, 2021 | Seminole Casino Coconut Creek | Cash Out | $15,000 |
| 31 | December 7, 2021 | Seminole Casino Coconut Creek | Cash Out | $12,000 |
| 32 | December 31, 2021 | Seminole Casino Coconut Creek | Cash Out | $20,000 |
| 33 | December 31, 2021 | Seminole Casino Coconut Creek | Cash In | $12,500 |
| 34 | December 31, 2021 | Seminole Casino Coconut Creek | Cash Out | $17,000 |

All in violation of Title 18, United States Code, Section 1957(a).

5

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of Title 21 of the United States Code set forth in this Indictment, the Defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any proceeds obtained, directly or indirectly, as the result of such offense any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, or shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), including but not limited to a money judgment in the amount of at least $3,500,000.

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1957, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation, and any property, real or personal, that was involved in, used, or intended to be used to commit or facilitate the commission of such violations, and any property traceable to such property, including but not limited to a money judgment in the amount of at least $3,500,000.

If any of the property described above, as a result of any act or commission of the Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(Signatures of Following Page)

7

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Bradley R. Thompson
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

8