UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DELIO BATISTA**, *et al.*,

    Plaintiffs,

v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiffs' Motion for Enlargement of Time to File Statement of Claim [ECF No. 59], filed on August 26, 2022. Plaintiffs request more time to file their statement of claim because they need Defendant to provide "the time and pay records, as well as the records identifying the policies written by each Plaintiff and the amount to be paid to each Plaintiff . . . so that Plaintiffs can prepare their Statement of Claim with more accuracy." (Mot. 2 (alteration added)). Being fully advised, it is

**ORDERED** that the Motion for Enlargement of Time to File Statement of Claim [ECF No. 59] is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 26th day of August, 2022.

                                        _____
                                        **CECILIA M. ALTONAGA**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record