UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.
_____/

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE STATEMENT OF CLAIM

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Enlargement of Time to File Statement of Claim [ECF No. 7], filed on May 9, 2024. Plaintiff requests more time to file her Statement of Claim because she needs Defendant to provide "the time, pay, and tip (accounting) records from Defendants … to more accurately prepare a statement of the minimum wages and tips owed[.]" ECF No. 7 at ¶ 18. Being fully advised, it is

**ORDERED** that the Motion for Enlargement of Time to File Statement of Claim [ECF No. 7] is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida this _____ day of May, 2024.

_____
**KATHLEEN M. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record