# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-21586

Plaintiff:
**CHRISOVALANTOU ANASTASOPOULOS**

vs.

Defendant:
**INK 477 LLC**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 10th day of May, 2024 at 11:10 am to be served on **INK 477 LLC c/o BRIAN ELIAS, ESQ, its Registered Agent, FOWLER-WHITE BURNETT PA, 1395 Brickell Avenue, 14th Floor, Miami, FL 33131**.

I, Joseph Onega, do hereby affirm that on the **20th day of May, 2024** at **10:23 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ORDER ON MOTION FOR EXTENSION OF TIME, and COLLECTIVE ACTION COMPLAINT FOR FLSA VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Brian Elias, Esq., as Registered Agent,** for INK 477 LLC c/o BRIAN ELIAS, ESQ, its Registered Agent, at the address of: **FOWLER-WHITE BURNETT PA, 1395 Brickell Avenue, 14th Floor, Miami, FL 33131**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 180, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2024000748