UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-WILLIAMS/GOODMAN

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, INK 477 LLC

Plaintiff, Chrisovalantou Anastasopoulos, through undersigned counsel and pursuant to Fed. R. Civ. P. 55 and other applicable Rules and laws, moves the Clerk of Court to enter a Default against Defendant, Ink 477 LLC, based on the following good cause:

1. Plaintiff, Chrisovalantou Anastasopoulos, served the Summons and Complaint on Defendant, Ink 477 LLC, on May 20, 2024. *See* ECF No. 9.

2. Defendant, Ink 477 LLC, failed to timely file a request for an extension of time from the Court, failed to receive an extension of time from the Court, and otherwise failed to respond to the Complaint such that the Clerk of Court should now proceed to enter a Default against Defendant, Ink 477 LLC.

### MEMORANDUM OF LAW

"In the courts, there is room for only so much lenity. The district court must consider the equities not only to plaintiff and his counsel, but also to the opposing parties and counsel, as well as to the public, including those persons affected by the court's increasingly crowded docket."

*Young v. City of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).

WHEREFORE Plaintiff, Chrisovalantou Anastasopoulos, requests that the Clerk of Court issue a Default against Defendant, Ink 477 LLC, for failing to respond to the Complaint within the time proscribed by law or request (and obtain) an extension of time from the Court, and to award such other and further relief as the Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/ECF System on this 11th day of June 2024, which will effect service on all who appear in this action, and by U.S. Mail on Defendant, Ink 477 LLC, c/o Brian Elias, Esq. as Registered Agent, FOWLER WHITE BURNETT P.A., 1395 Brickell Avenue, 14th Floor, Miami, Florida 33131 (the address where served with process in this action).

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Miami, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
