UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-WILLIAMS/GOODMAN

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendants.
_____/

## **CLERK'S DEFAULT**

It appearing that Defendant herein, INK 447 LLC, is in default for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required by law, a Default is hereby entered against Defendant, INK 447 LLC, as of course, on this date _____.

**ANGELA E. NOBLE**
CLERK OF COURT

By:_____
      Deputy Clerk

`