## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CHRISOVALANTOU ANASTASOPOULOS

PLAINTIFF(S)

CASE NUMBER
1:24−cv−21586−KMW

v.

INK 477 LLC,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**INK 477 LLC**

as of course, on the date June 11, 2024.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Philip Curtis*
Deputy Clerk

cc:  Judge Kathleen M. Williams
   Chrisovalantou Anastasopoulos

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)