UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

v.

INK 477 LLC,

    Defendant.
_____/

## COUNSEL'S NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, Sergio R. Casiano, Jr., Esquire of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP enters its appearance as counsel for INK 477 LLC, until further order of this Court.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
*Counsel for Defendant*
100 SE Second Street, Suite 2100
Miami, Florida 33131
Telephone: 305-374-4400
Facsimile: 305-579-0261

By:   */s/ Sergio R. Casiano, Jr., Esq.*
      SERGIO R. CASIANO, JR.
      Florida Bar No.: 457302
      sergio.casiano@wilsonelser.com

CASE NO.: 1:24-cv-21586-KMW

## **CERTIFICATE OF SERVICE**

I hereby certify that the on the 18th day of June 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Sergio R. Casiano, Jr., Esq.*
SERGIO R. CASIANO, JR.
Florida Bar No.: 457302
sergio.casiano@wilsonelser.com

**SERVICE LIST**
Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: 305-230-4884
brian@fairlawattorney.com
*Counsel for Plaintiff*