UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

        Plaintiff,

v.

INK 477 LLC,

        Defendant.

_____/

### DEFENDANT'S NOTICE OF COMPLIANCE WITH ORDER (DE-8)

**PLEASE TAKE NOTICE** that Defendant, Ink 477, LLC, by and through the undersigned

counsel, has served upon the Plaintiff's counsel the following:

1. Plaintiff's paystubs;

2. Plaintiff's Attendance records, including scheduled hours and hours worked;

3. Report of Plaintiff's Sales, Gratuity, and Optional Tip for September 4, 2022 –

    December 31, 2022.

Respectfully submitted,
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
*Counsel for Defendant*
100 SE Second Street, Suite 2100
Miami, Florida 33131
Telephone: 305-374-4400
Facsimile: 305-579-0261

By: */s/ Sergio R. Casiano, Jr., Esq.*
    SERGIO R. CASIANO, JR.
    Florida Bar No.: 457302
    sergio.casiano@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that the on the 21st day of June 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Sergio R. Casiano, Jr., Esq.*
SERGIO R. CASIANO, JR.
Florida Bar No.: 457302
sergio.casiano@wilsonelser.com

**SERVICE LIST**
Brian H. Pollock, Esq.
Patrick Brooks LaRou, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: 305-230-4884
brian@fairlawattorney.com
brooks@fairlawattorney.com
*Counsel for Plaintiff*