UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Chrisovalantou Anastasopoulos, pursuant to the Court's Order of Referral and Notice of Court Practice in FLSA Cases [ECF No. 5] and the Court's Order granting in part Plaintiff's Motion for Extension of Time to File a Statement of Claim [ECF No. 8], files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of Plaintiff's damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

## *Information Requested by the Court*

1. Plaintiff does not have all of the time, pay, or tip records relative to her employment at this time, and so she must estimate the corresponding minimum wages/tips (overtips) owed to her.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that she is owed tips (overtips) that Defendant failed to pay her pursuant to 29 U.S.C. §203(m)(2)(B) as follows:

| Type of Wages | Dates Worked | Days Worked | Tips Owed (per day) | Total Tips Owed |
|---|---|---|---|---|
| Tips (Overtips) | Oct. 22, 2022 - Dec. 24, 2022 | 36 | $200.00 | **$7,200.00** |

4. Additionally, Plaintiff estimates that she is owed minimum wages as a result of Defendant crediting tips in excess of the amount allowable under Article X, §24 of the Florida Constitution as follows:

| Type of Wages | Dates Worked | Weeks Worked | Hours Worked | Rate Paid | Minimum Wage | Wages Owed | Total Owed |
|---|---|---|---|---|---|---|---|
| Minimum Wages | Oct. 2, 2022 - Dec. 24, 2022 | 12 weeks | 35 per week | $6.00 per hour | $7.98 per hour[1] | $1.98 per hour | **$831.60** |

5. Plaintiff and each Opt-In Plaintiff also seeks liquidated damages in an amount equal to the above unpaid/underpaid minimum wages and tips (overtips) earned, plus reasonable attorneys' fees and costs, pursuant to the FLSA.

6. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

---

[1] The Florida minimum wage between October 2, 2022 and December 24, 2022 was $11.00 per hour. Under Section 24(c) of the Florida Constitution, an employer may credit up to $3.02 per hour toward the satisfaction of their tipped employees' minimum wages. Therefore, the applicable minimum wage for tipped employees such as Ms. Anastasopoulos during this time was $7.98 ($11.00/hour - $3.02/hour).



135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

7. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendant, through discovery, and/or as additional/different information becomes known.

8. This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

9. **Attorneys' Fees and Costs.** As of the filing of this document, Plaintiff has incurred the following attorneys' fees and costs:

| | |
|---|---|
| Costs: | **$   452.00** |
| Attorneys' Fees: | **$ 8,148.50** |
| Brian H. Pollock, Esq. ($500.00/hour × 6.1 hours) | $3,050.00 |
| P. Brooks LaRou, Esq. ($325.00/hour × 13.2 hours) | $4,290.00 |
| Steffany Sanguino    ($165.00/hour × 4.9 hours) | $   808.50 |
| **Grand Total:** | **$ 8,600.50** |

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 1st day of July 2024.

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*