UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF STRIKING ECF NO. 19**

Plaintiff, Chrisovalantou Anastasolpoulos, notices the Court and all parties of her striking ECF No. 19, titled Plaintiff's Certificate of Interested Parties, as having been filed in error.

Respectfully submitted this 1st day of July 2024.

                                              s/ Patrick Brooks LaRou
                                              Brian H. Pollock, Esq.
                                              Florida Bar No. 174742
                                              brian@fairlawattorney.com
                                              Patrick Brooks LaRou, Esq.
                                              Florida Bar No. 1039018
                                              brooks@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue, Suite 770
                                              Coral Gables, Florida 33146
                                              Telephone: (305) 230-4884
                                              *Counsel for Plaintiff*