UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 5]**

    Plaintiff, Chrisovalantou Anastasopoulos, by and through her undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order of Referral and Notice of Court Practice in FLSA Cases [ECF No. 5] by serving Defendant with a copy of the Court's Order, Plaintiff's Statement of Claim [ECF No. 18], and all documents supporting Plaintiff's claims (Anastasopoulos 000001-000055) by email to Defendant's counsel on July 1, 2024.

    Respectfully submitted this 1st day of July 2024.

                                    s/ Patrick Brooks LaRou
                                    Brian H. Pollock, Esq.
                                    Florida Bar No. 174742
                                    brian@fairlawattorney.com
                                    Patrick Brooks LaRou, Esq.
                                    Florida Bar No. 1039018
                                    brooks@fairlawattorney.com
                                    FAIRLAW FIRM
                                    135 San Lorenzo Avenue, Suite 770
                                    Coral Gables, Florida 33146
                                    Telephone: (305) 230-4884
                                    *Counsel for Plaintiff*