UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

        Plaintiff,

v.

INK 477 LLC,

        Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

**COMES NOW** Defendant, INK 477, LLC, by and through the undersigned counsel, and hereby files its Response to the Plaintiff's Statement of Claim [DE-18] as follows:

1. Defendant denies that the Plaintiff is entitled to the relief sought has he/she has been paid all wages due.

2. Plaintiff's bases rate of pay was as follows:

    a. Training period $10.00, per hour (Start date through 10/01/2022); and

    b. Hourly rate $6.00, plus a tip credit (10/02/2022 – End of Employment).

3. More specifically, Plaintiff was paid all base wages and tips as follows, by Ink 477, LLC, without deduction other than mandatory withholding:

| *Start* | *End* | *Base Pay* | *Comm.* | *Service Charges* | *Tips* | *Social Security* | *Federal Income Tax* | *Medicare* | *Net Pay* |
|---|---|---|---|---|---|---|---|---|---|
| 09/04/2022 | 09/17/2022 | 295.53 | | 42.99 | 106.39 | 27.57 | | 6.45 | 410.66 |
| 09/18/2022 | 10/01/2022 | 10.00 | | 1732.86 | 538.30 | 188.35 | 390.16 | 44.05 | 2415.28 |
| 10/02/2022 | 10/15/2022 | 416.10 | 699.94 | 2702.92 | 572.72 | 272.28 | 697.37 | 63.68 | 3358.35 |

| 10/16/2022 | 10/29/2022 | 338.64 | | 2282.87 | 413.40 | 188.17 | 389.53 | 44.00 | 2413.21 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/30/2022 | 11/12/2022 | 376.74 | | 2331.03 | 419.80 | 193.91 | 409.91 | 45.35 | 2478.40 |
| 11/13/2022 | 11/26/2022 | 238.92 | | 1405.94 | 36.54 | 104.24 | 134.10 | 24.38 | 1418.68 |
| 11/27/2022 | 12/10/2022 | 421.44 | | 2855.24 | 287.31 | 220.97 | 505.92 | 51.68 | 2785.42 |
| 12/11/2022 | 12/24/2022 | 279.96 | | 3662.85 | 125.85 | 252.21 | 619.68 | 58.99 | 3137.09 |

4. Defendant has already produced to the Plaintiff the following items on June 21, 2024:

    a. Paystubs;

    b. POS (Pont of Sale) Total Sales for Employee;

    c. Punch In-Out Records;

5. For the reasons stated above, Plaintiff is not owed any unpaid wages, liquidated damages, nor attorneys' fees.

    Respectfully submitted this 10th day of July 2024.

    Respectfully submitted,
    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
    *Counsel for Defendant*
    100 SE Second Street, Suite 2100
    Miami, Florida 33131
    Telephone: 305-374-4400
    Facsimile: 305-579-0261

    By: */s/ Sergio R. Casiano, Jr., Esq.*
           SERGIO R. CASIANO, JR.
           Florida Bar No.: 457302
           sergio.casiano@wilsonelser.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that the on the 10th day of July 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Sergio R. Casiano, Jr., Esq.*
SERGIO R. CASIANO, JR.
Florida Bar No.: 457302
sergio.casiano@wilsonelser.com

**SERVICE LIST**
Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: 305-230-4884
brian@fairlawattorney.com
*Counsel for Plaintiff*