UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
## JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER

    Plaintiff, Chrisovalantou Anastasopoulos, through her undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, requests that the Court grant her an extension of time to file the parties' Joint Scheduling Report and Proposed Scheduling Order based on the following good cause:

    1. Plaintiff filed this collective action for damages under the Fair Labor Standards Act on April 25, 2024. ECF No. 1.

    2. On May 1, 2024, the Court entered its Order of Referral and Notice of Court Practices in FLSA Cases [ECF No. 5], requiring that the parties file their Joint Scheduling Report and Proposed Scheduling Order within twenty (20) days of Defendant's response to the Complaint. ECF No. 5 at 4.

    3. Defendant responded to the Complaint on June 21, 2024 by filing its Answer, Affirmative Defenses and Demand for Jury Trial [ECF No. 16], thereby setting a deadline of July 11, 2024 for the parties to file their Joint Scheduling Report and Proposed Scheduling Order.

1

4. The parties' counsel has conferred and substantially completed their drafts of the Joint Scheduling Report and Proposed Scheduling Order, exchanging multiple drafts during the week leading up to their deadline.

5. However, there are a few minor issues regarding the timing and sequence of case deadlines which the parties wish to continue conferring about, which has inhibited their ability to file the Joint Scheduling Report and Proposed Scheduling Order by the deadline's expiration.

6. Plaintiff anticipates that a four-day extension of time will allow the parties enough time to narrow the issues and complete a satisfactory Joint Scheduling Report and Proposed Scheduling Order.

WHEREFORE, Plaintiff, Chrisovalantou Anastasopoulos, respectfully requests that the Court grant the parties a four-day extension of time, until July 15, 2024, to file their Joint Scheduling Report and Proposed Scheduling Order.

## LOCAL RULE 7.1 CERTIFICATION

I HEREBY CERTIFY that prior to the filing of this motion, the undersigned conferred with counsel for Defendant by email on July 8, 2024 at 10:58 a.m., July 10, 2024 between 9:58 a.m. and 5:24 p.m., and July 11, 2024 between 1:46 p.m. and 5:48 p.m. regarding the relief sought in this motion, who does not believe that an extension of time is necessary.

Respectfully submitted this 11th day of July 2024.

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

2