**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:24-CV-21586-WILLIAMS**

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

v.

INK 477 LLC,

    Defendant.

_____/

## **SCHEDULE JOINTLY PROPOSED BY THE PARTIES**

THIS MATTER is set for trial for the week of November 3, 2025. The Parties propose to adhere to the following schedule:

| Date | Action |
|---|---|
| July 22, 2024 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| December 1, 2024 | The Parties shall file motions to amend pleadings or join Parties. |
| April 1, 2025 | Plaintiff(s) shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| May 1, 2025 | Defendant(s) shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| May 15, 2025 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |

| | |
|---|---|
| July 1, 2025 | The Parties shall complete all discovery, including expert discovery. |
| July 8, 2025 | The Parties shall complete mediation and file a mediation report with the Court. |
| August 15, 2025 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| September 15, 2025 | The Parties shall each file one motion *in limine*. All motions *in limine* must be filed at least six (6) weeks before Calendar Call. |
| September 15, 2025 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials). |
| October 15, 2025 | The Parties shall submit their deposition designations. |

By:

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

s/ Sergio R. Casiano
Sergio R. Casiano, Jr., Esq.
Florida Bar No. 457302
sergio.casiano@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
100 S.E. Second Street, Suite 2100,
Miami, Florida 33131
Telephone: (305) 374-4400
*Counsel for Defendant*