UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

v.

INK 477 LLC,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Shawna C. Biggs, Esquire, attorney with the undersigned law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, 100 Southeast Second Street, Suite 3800, Miami, Florida 33131, hereby enters an appearance in this matter as counsel on behalf of DEFENDANT INK 477 LLC. The Clerk of Court, and all counsel of record are asked to take notice of this appearance, and to include the undersigned attorney and law firm on their respective certificates of service and hereby request that copies of any and all orders, process, pleadings, motions, discovery and any other papers or documents filed in this matter be served upon on the following.

Primary E-Mail: shawna.biggs@wilsonelser.com

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

CASE NO.: 1:24-cv-21586-KMW

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Attorneys for Defendant*
100 Southeast Second Street
Suite 3800
Miami, Florida 33131
Telephone (305) 374-4400
Facsimile (305) 579 0261

By: */s/ Shawna C. Biggs*
    Shawna C. Biggs
    Florida Bar No. 1026407
    shawna.biggs@wilsonelser.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of July, 2024, we electronically filed the foregoing document with the Clerk of Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Shawna C. Biggs*
    Shawna C. Biggs
    Florida Bar No. 1026407

**SERVICE LIST**
Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: 305-230-4884
brian@fairlawattorney.com
*Counsel for Plaintiff*