UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN
### (Dimitra Anastasopoulos)

Plaintiff, Dimitra Anastasopoulos, notices the Court and all parties of the filing of her Consent to Join in these proceedings by Chrisovalantou Anastasopoulos.

Respectfully submitted this 9th day of August 2024.

    s/ Patrick Brooks LaRou
    Brian H. Pollock, Esq.
    Florida Bar No. 174742
    brian@fairlawattorney.com
    Patrick Brooks LaRou, Esq.
    Florida Bar No. 1039018
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Plaintiff*