## **DECLARATION AND NOTICE OF CONSENT TO JOIN**

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1. I am over 18 years of age and can make this declaration. This declaration is made on my own personal knowledge.

2. Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3. I worked at Level 6 and was employed by INK 477 LLC from approximately <u>September 2022 through May 14, 2023</u>.

4. While working at Level 6, INK 477 LLC failed to pay me at least a minimum wage and/or all the tips that I earned.

5. I agree to be bound by any decision in this case.

Signed: *Dimitra Anastasopoulos*

Printed Name: DIMITRA ANASTASOPOULOS

Dated: 08/08/2024

# Consent to Join - Dimitra (Anastasopoulos)

Final Audit Report 2024-08-08

| | |
|---|---|
| Created: | 2024-08-08 |
| By: | Steffany Sanguino (steffany@fairlawattorney.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArJgNWftiM4OXLrTb_gvSFa08-xduhRF5 |

## "Consent to Join - Dimitra (Anastasopoulos)" History

- Document created by Steffany Sanguino (steffany@fairlawattorney.com)
  2024-08-08 - 7:07:40 PM GMT

- Document emailed to Dimitra Anastasopoulos (dimitra.anasta524@gmail.com) for signature
  2024-08-08 - 7:07:43 PM GMT

- Email viewed by Dimitra Anastasopoulos (dimitra.anasta524@gmail.com)
  2024-08-08 - 7:09:12 PM GMT

- Document e-signed by Dimitra Anastasopoulos (dimitra.anasta524@gmail.com)
  Signature Date: 2024-08-08 - 7:09:56 PM GMT - Time Source: server

- Agreement completed.
  2024-08-08 - 7:09:56 PM GMT

Adobe Acrobat Sign