UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-WILLIAMS/GOODMAN

CHRISOVALANTOU ANASTASOPOULOS
and DIMITRA ANASTASOPOULOS,

    Plaintiffs,

vs.

INK 477 LLC,

    Defendant.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION

    Plaintiffs, Chrisovalantou Anastasopoulos and Dimitra Anastasopoulos, and Defendant, INK 477 LLC, pursuant to the Court's Scheduling Order entered July 22, 2024 [ECF No. 29], hereby notify the Court that the parties have agreed to utilize **Karen Evans-Putney, Esq. as mediator** in this case. The parties have scheduled mediation to occur **December 19, 2024**, beginning at **10:00 a.m. via Zoom teleconference**.

    Respectfully submitted this 20th day of August 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Sergio R. Casiano, Jr. |
| Brian H. Pollock, Esq. | Sergio R. Casiano, Jr., Esq. |
| Florida Bar No. 174742 | Florida Bar No. 457302 |
| brian@fairlawattorney.com | sergio.casiano@wilsonelser.com |
| Patrick Brooks LaRou, Esq. | Shawna C. Biggs, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 1026407 |
| brooks@fairlawattorney.com | shawna.biggs@wilsonelser.com |
| FAIRLAW FIRM | WILSON, ELSER, MOSKOWITZ, |
| 135 San Lorenzo Avenue, Suite 770 | EDELMAN & DICKER LLP |
| Coral Gables, Florida 33146 | 100 S.E. 2nd Street, Suite 2800 |
| Telephone: (305) 230-4884 | Miami, Florida 33131 |
| *Counsel for Plaintiffs* | Telephone: (305) 374-4400 |
| | *Counsel for Defendant* |