UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-WILLIAMS/GOODMAN

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.
_____/

## DECLARATION OF DIMITRA ANASTASOPOULOS

I, Dimitra Anastasopoulos, make the following declaration pursuant to 28 U.S.C. §1746 and declare as follows:

1. My name is Dimitra Anastasopoulos.

2. I make this Declaration based on my personal knowledge.

3. I am over the age of 18, *sui juris*, and competent to testify to the matters contained in this Declaration.

4. I worked for INK 477 LLC ("Defendant") at its Level 6 restaurant in Coconut Grove, Florida, from about September 2022 through May 14, 2023.

5. At Level 6, I worked as a tipped employee in the front of the house (in other words, dealing with tableside customers) as a server

6. My work at Level 6 as a server involved servicing tables, such as taking food and drink orders tableside, entering all orders into the Point-of-Sale system, bringing out the food, helping bus the tables, attending to customers' needs, bringing customers their bills, collecting payment from customers, using the Point-of-Sale system to ring up the customers and close out their bills,

doing a report of all sales for the tables I was assigned that day and providing that report to the manager on duty.

7. The Defendant would normally assign one server to between five and ten tables at a time, and we'd work together with hosts, bussers, food runners, and bartenders to provide service to the guests.

8. Defendant automatically included a mandatory service charge on its bills, requiring its customers to pay an amount (as a percentage of their bill) in addition to the food and beverages.

9. Customers could also leave/pay an additional amount beyond the mandatory service charge as a gratuity or tip.

10. These tips that customers left/paid above the mandatory service charge are also called overtips.

11. When I would ring up my customers in the Point-of-Sale system, I not only collected payment for the total amount of the bill (and the mandatory service charge), but I would also collect the overtips that the customers paid (and enter the overtips paid by credit card into the Point-of-Sale system).

12. Defendant would then receive, take control over, and aggregate the overtips paid by credit cards.

13. My paychecks at Level 6 came from INK 477 LLC, and included an hourly wage that was less than the applicable minimum wage, and Defendant used the service charge and tip collected from customers to make up for the difference.

14. On a biweekly basis, Defendant would pay me and issue my pay stub.

15. My paystubs identified the hourly wages I received, the service charges (commissions) shared with me, and the tips that were being paid to me.

16. Although I had customers who left significant tips/overtips on their bills, I did not receive all the overtips that Defendant was supposed to pay to me, meaning Defendant either kept a portion of the overtips, improperly distributed the overtips among other tipped employees, or improperly distributed a portion of the overtips to employees who were not entitled to receive tips.

17. I received significant overtips on several occasions, and I know from talking with my former coworkers that they also had customers leave overtips, but we did not get all the tips/overtips that we were supposed to receive.

18. I have personal knowledge that other tipped employees at Level 6 will want to participate in this lawsuit, but many of them are unaware of their rights regarding minimum wages and tips.

19. Defendant employed over 30 others during the time I worked for it who performed similar, if not the same, type of work as me and who were subjected to the same types of wage/pay violations practices as I was.

20. I believe that many of my former coworkers also would join this lawsuit and recover the tips (overtips) and/or minimum wages they earned but did not receive while working for Defendants if they knew about this lawsuit.

21. After Chrisovalantou Anastasopoulos told me about this lawsuit, I joined.

22. I fully understand and aver the facts contained within this Declaration are true and correct.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By *Dimitra Anastasopoulos*
DIMITRA ANASTASOPOULOS

25/09/2024
DATE