UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*This is a Court-Authorized Reminder Notice and is <u>not a solicitation from a lawyer</u>. The Court has made no finding about the merits of the case at this time.*

**IF YOU ARE OR IF YOU WERE WORKING AS A SERVER, BUSSER, FOOD RUNNER, BARTENDER, BARBACK, OR HOST(ESS) AT LEVEL 6 FROM APRIL 25, 2021 TO THE PRESENT, AND RECEIVED SOME BUT NOT ALL THE TIPS YOU EARNED, THEN A COLLECTIVE ACTION LAWSUIT MAY AFFECT YOUR RIGHTS.**

Plaintiff, Chrisovalantou Anastasopoulos, sued Defendant, INK 477 LLC, in federal court in Miami, Florida, alleging that she and the other servers, bussers, food runners, bartenders, barbacks, and hosts/hostesses were not paid all the tips they earned in violation of the Fair Labor Standards Act. The case is *Chrisovalantou Anastasopoulos vs. INK 477 LLC*. The Case Number is *1:24-CV-21586-WILLIAMS/GOODMAN*.

The Court allowed Plaintiff to send notice to all similarly situated current and former front-of-house tipped employees of Defendant who worked at Level 6 in Coconut Grove, Florida so they can "opt-in" or join this lawsuit to assert similar legal rights.

The Court has not yet decided whether the Defendant did anything wrong. There is no money available now and no guarantee that there will be any money. However, you have a choice to assert your legal rights in this case. If there is no recovery or judgment in Plaintiff's favor, you will not be responsible for any attorneys' fees.

**This notice is a reminder that to opt-in and join this lawsuit, you must complete the "Notice of Consent to Opt-In Pursuant to 29 U.S.C. § 219" form and mail, fax, or email to it to the Representative Plaintiff's counsel on or before _____ \_\_\_\_, 2023.**

If you did not receive the Notice of Consent to Opt-In Pursuant to 29 U.S.C. §219, then please contact the Representative Plaintiff's Counsel:

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33156
Tel:     (305) 230-4884
Text:   (786) 386-0885
brian@fairlawattorney.com
www.fairlawattorney.com