UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

        Plaintiff,

v.

INK 477 LLC,

        Defendant.
_____/

## DECLARATION OF DANIELE SANTOS

I, Daniele Santos, pursuant to 28 U.S.C.§ 1746, hereby declare as follows:

1. I am employed by INK USA, LLLP, the parent company of INK 477, LLC and I am the Director of Human Resources for the Company.

2. I have been in this position since September 2021.

3. Level 6 is a lounge located at 3480 Main Hwy 6th floor, Coconut Grove, Florida and opened to the public the last week of September 2022.

4. Since inception, Level 6 has adopted the 7(i) exception to the Fair Labor Standards Act and it has kept this policy in effect through today.

5. The pay rates for Servers at Level 6 the Servers have been paid according to the following rates:

    i. September 2022 until February 2023

        a. Training rate:    $10.00, per hour (for Trainees);

        b. Base rate:    $6.00, per hour;

        c. Service Charge Distribution pursuant to Notice; and

        d. Server Tip Pool pursuant to Notice.

      ii.      From February 2023 to current, for non-trainees

           a.   Base rate:      $7.98, per hour;

           b.   Service Charge Distribution pursuant to Notice; and

           c.   Server Tip Pool pursuant to Notice

6. Attached are the Service Charge Distribution Notice to Employee effective September 2022, the Tip Pool Notice effective September 2022, the Service Charge Distribution Notice effective October 2022, the Service Charge Distribution Notice effective June 2023, the Tip Pool Notice effective January 2023, the Service Charge Distribution Notice effective October 2023, the Tip Pool Notice effective October 2023, the Service Charge Distribution Notice to Employee June 2024, the Tip Pool Notice effective June 2024. (Pages 1-10).

7. Ink 477 has two (2) separate Tip Pools: (1) Server Pool, and (2) Bartender Pool. The support staff to which the amounts of each pool are distributed are different. See attachments pages 2, 5, 7 and 10.

8. The Service Charges collected by Level 6 are mandatory collections and listed on the menus for the restaurant.

9. Service Charges are not Tips and distributed differently. See attachments pages 1, 3, 4, 6, and 9.

10. I declare under penalty of perjury, that the foregoing is true and correct.

Executed this 31st day of October, 2024.

                                                _____
                                                Daniele Santos

## SERVICE CHARGE DISTRIBUTION NOTICE TO EMPLOYEE

You have been employed by **INK 477, LLC dba Level 6**– Miami, Florida in one or more of the positions listed below. During your employment with the Company, the Company will pay you $10 as an hourly wage. In addition to your hourly wages, the Company also will pay you commissions, as additional compensation, based on the amount charged the guests/customers served by you and others. **INK 477, LLC** will charge **20 %** on all checks and **22%** for events. **INK 477, LLC** will distribute **16.5%** of the service charge as commissions to the employees and The Company will keep **3.5%** to cover restaurant expenses.

### SERVICE CHARGE POINT VALUE

| POSITION | POINTS |
|---|---|
| Servers | 3.25 |
| Bartender | 3.25 |
| Runners | 2.00 |
| Bussers | 2.00 |
| Barback | 2.00 |

Distribution: Service Charge per shift are divided as follows:
1. Determine total points for each employee that worked the shift (total points per employee is determined by multiplying the points assigned to each employee by the hours worked by each employee that worked the shift).
2. Total all the points for the employees that worked the shift.
3. Divide service charges for the shift by the total points to determine the point value.
4. Multiply the point value by the total points for each employee to determine the number of services charges for each **employee.**

The Company reserves the complete and full authority to decide the method and amount of the commissions to be paid and may change the amount paid in its sole discretion at any time. This method of pay will remain in effect until the Company, at its sole discretion, decides to change it.

If you have any questions regarding your compensation, please contact **Daniele Santos** at Human Resources.

**Acknowledgment of Receipt**

I hereby acknowledge that I have received and reviewed this Service Charge Distribution Notice. I understand that any questions I may have regarding the compensation I am supposed to receive as a: **Server, Bartender, Runner, Busser, and Barback** at the Company should be directed **Daniele Santos**, who will explain these matters to me in greater detail.

Name: _____          Date: _____

Signature: _____

*SEPTEMBER 2022*

# Tip Pool Notice

## Tip Pooling

INK 477, LLC has established three separate tip pools and you will be required to participate in one or more of the tip pools. If optional tips are received from customers, INK 477, LLC will pool 100% of the optional tips received. Since employees will be paid above the minimum wage (hourly rate plus service charges/commissions), INK 477, LLC will not be claiming a tip credit and may require that designated employees that have not customarily and regularly participated in tip pooling arrangements also participate in the tip pool. Managers and supervisors are not permitted to participate in the tip pool under any circumstances.

### Operation of the Tip Pools: two separate tip pools:

1. Server Pool
2. Bartender Pool

### Contributions to Tip Pools:

**Server Pool:** The servers will contribute 25% of their tips to the support staff (bussers, runners, hostess)

**Bartender Pool:** Bartenders will contribute 25% of the tips they receive to support staff (barback, runner, busser, and hostess)

### Distribution of Tips from Tip Pools:

Support Staff will receive equal distribution of pooled tips based on the percentages below.

| POSITION | Percentage Server Pool | Percentage Bartender Pool |
|---|---|---|
| Busser | 10% (40%) | 5% |
| Runner | 15% (40%) | 5% |
| Barback | 0% | 15% |
| Hostess | 0% (10%) | 0% |

## Reporting Your Tips

You are required to report all tips received on daily basis.

September 2022



## SERVICE CHARGE DISTRIBUTION NOTICE TO EMPLOYEE

You have been employed by **INK477, LLC** – Miami, Florida in one or more of the positions listed below. During your employment with the Company, the Company will pay you $6.00 as an hourly wage. In addition to your hourly wages, the Company also will pay you commissions, as additional compensation, based on the amount charged the guests/customers served by you and others. **INK 477, LLC** will charge **20% or 23%** to the guests/customers. **INK 477, LLC** will distribute **16.5%** of the service charge as commissions to the employees and The Company will keep **3.5%** to cover restaurant expenses.

### SERVICE CHARGE PERCENT

| POSITION | POINTS |
|---|---|
| Servers | 3.20 |
| Bartender | 3.20 |
| Busser | 2.00 |
| Runner | 2.00 |

The Company reserves the complete and full authority to decide the method and amount of the commissions to be paid and may change the amount paid in its sole discretion at any time. This method of pay will remain in effect until the Company, at its sole discretion, decides to change it.

If you have any questions regarding your compensation, please contact Human Resources.

**Acknowledgment of Receipt**

I hereby acknowledge that I have received and reviewed this Service Charge Distribution Notice. I understand that any questions I may have regarding the compensation I am supposed to receive as a: **Server, Bartender, Runner, Busser, and Barback** at the Company should be directed **Daniele Santos**, who will explain these matters to me in greater detail.

Name: _____    Date: _____

Signature: _____

Oct 2022

## SERVICE CHARGE DISTRIBUTION NOTICE TO EMPLOYEE

You have been employed by **Grove INK, LLC dba Level 6–** Miami, Florida in one or more of the positions listed below. During your employment with the Company, the Company will pay you $7.98 as an hourly wage. In addition to your hourly wages, the Company also will pay you commissions, as additional compensation, based on the amount charged the guests/customers served by you and others. **INK 477, LLC** will charge **20 %** on all checks and **22%** for events. INK 477, LLC will distribute **16.5%** of the service charge as commissions to the employees and The Company will keep **3.5%** to cover restaurant expenses.

### SERVICE CHARGE POINT VALUE

| POSITION | POINTS |
|---|---|
| Servers | 3.25 |
| Bartender | 3.25 |
| Runners | 2.00 |
| Bussers | 2.00 |
| Barback | 2.00 |

Distribution: Service Charge per shift are divided as follows:
1. Determine total points for each employee that worked the shift (total points per employee is determined by multiplying the points assigned to each employee by the hours worked by each employee that worked the shift).
2. Total all the points for the employees that worked the shift.
3. Divide service charges for the shift by the total points to determine the point value.
4. Multiply the point value by the total points for each employee to determine the number of services charges for each **employee.**

The Company reserves the complete and full authority to decide the method and amount of the commissions to be paid and may change the amount paid in its sole discretion at any time. This method of pay will remain in effect until the Company, at its sole discretion, decides to change it.

If you have any questions regarding your compensation, please contact **Daniele Santos** at Human Resources.

**Acknowledgment of Receipt**

I hereby acknowledge that I have received and reviewed this Service Charge Distribution Notice. I understand that any questions I may have regarding the compensation I am supposed to receive as a: **Server, Bartender, Runner, Busser, and Barback** at the Company should be directed **Daniele Santos**, who will explain these matters to me in greater detail.

Name: _____   Date: _____

Signature: _____

*Jan 2023*

# Tip Pool Notice

## Tip Pooling

INK 477, LLC has established three separate tip pools and you will be required to participate in one or more of the tip pools. If optional tips are received from customers, INK 477, LLC will pool 100% of the optional tips received. Since employees will be paid above the minimum wage (hourly rate plus service charges/commissions), INK 477, LLC will not be claiming a tip credit and may require that designated employees that have not customarily and regularly participated in tip pooling arrangements also participate in the tip pool. Managers and supervisors are not permitted to participate in the tip pool under any circumstances.

### Operation of the Tip Pools: two separate tip pools:

1. Server Pool
2. Bartender Pool

### Contributions to Tip Pools:

**Server Pool:** The servers will contribute 25% of their tips to the support staff (bussers, runners, hostess)

**Bartender Pool:** Bartenders will contribute 25% of the tips they receive to support staff (barback, runner, busser, and hostess)

### Distribution of Tips from Tip Pools:

Support Staff will receive equal distribution of pooled tips based on the percentages below.

| POSITION | Percentage Server Pool | Percentage Bartender Pool |
|---|---|---|
| Busser | 10% (40%) | 5% |
| Runner | 15% (40%) | 5% |
| Barback | 0% | 15% |
| Hostess | 0% (10%) | 0% |

## Reporting Your Tips

You are required to report all tips received on daily basis.

Jan 2023



## SERVICE CHARGE DISTRIBUTION NOTICE TO EMPLOYEE

You have been employed by **Grove Inc, LLC dba Level 6**— Miami, Florida in one or more of the positions listed below. During your employment with the Company, the Company will pay you $7.98 as an hourly wage. In addition to your hourly wages, the Company will also pay you commissions, as additional compensation, based on the amount charged the guests/customers served by you and others. **INK 477, LLC** will charge **20% or 22%** to the guests/customers. **INK 477, LLC** will distribute **16.5 %** of the service charge as commissions to the employees and The Company will keep **3.5 %** to cover restaurant expenses.

### SERVICE CHARGE PERCENT

| POSITION | POINTS |
|---|---|
| Servers | 3.25 |
| Bartender | 3.25 |
| Runners | 1.2 |
| Polishers | 0.8 |
| Bussers | 0.8 |
| Barback | 0.8 |
| Host / Hostess | 0.2 |

The Company reserves the complete and full authority to decide the method and amount of the commissions to be paid and may change the amount paid in its sole discretion at any time. This method of pay will remain in effect until the Company, at its sole discretion, decides to change it.

If you have any questions regarding your compensation, please contact **Daniele Santos** at Human Resources.

**Acknowledgment of Receipt**

I hereby acknowledge that I have received and reviewed this Service Charge Distribution Notice. I understand that any questions I may have regarding the compensation I am supposed to receive as a: **Server, Bartender, Runner, Busser, and Barback** please speak to your manager, who will explain these matters to me in greater detail.

Name: _____     Date: _____

Signature: _____

Oct 2023



# Tip Pool Notice

## Tip Pooling

INK 477, LLC has established three separate tip pools and you will be required to participate in one or more of the tip pools. If optional tips are received from customers, INK 477, LLC will pool 100% of the optional tips received. Since employees will be paid above the minimum wage (hourly rate plus service charges/commissions), INK 477, LLC will not be claiming a tip credit and may require that designated employees that have not customarily and regularly participated in tip pooling arrangements also participate in the tip pool. Managers and supervisors are not permitted to participate in the tip pool under any circumstances.

**Operation of the Tip Pools: two separate tip pools:**

1. Server Pool
2. Bartender Pool

**Contributions to Tip Pools:**

**Server Pool:** The servers will contribute 15% of their tips to the support staff (bussers, runners, hostess) and keep 85 %. If during a shift not all support staff is working, the % will be added to Server %. (example: if a Runner isn't working, the server will get the 10% allocated to that position the system will add% to server automatically)

**Bartender Pool:** Bartenders will contribute 15% of the tips they receive to support staff (runner, busser, and hostess). If one of the positions included on distribution is off, the % will be given to Bartender).

**Distribution of Tips from Tip Pools:**

Support Staff will receive equal distribution of pooled tips based on the percentages below.

| POSITION | Percentage Server Pool | Percentage Bartender Pool |
|---|---|---|
| Assistant Server | 7.5% | 2.5% |
| Runner | 7.5% | 2.5% |
| Barback | 0% | 10% |
| Hostess | 0% | 0% |

*Oct 2023*



## Reporting Your Tips

You are required to report all tips received on daily basis.

I acknowledge that I have read and understood this notice. In addition, by signing this notice I acknowledge that I have been adequately advised that I will be required to contribute part of my tips to a tip pool. I know that I may contact my supervisor or Daniele Santos at the Human Resource Department should I have a question or want additional information or a further explanation of this notice.

_____     _____
Employee Signature                                              Date

_____
Print Name

_____     _____
Supervisor or Witness Signature                          Date

_____
Print Name

## SERVICE CHARGE DISTRIBUTION NOTICE TO EMPLOYEE

You have been employed by **INK477, LLC DBA Level 6** – Miami, Florida in one or more of the positions listed below. During your employment with the Company, the Company will pay you $7.98 as an hourly wage. In addition to your hourly wages, the Company will also pay you commissions, as additional compensation, based on the amount charged the guests/customers served by you and others. **INK 477, LLC** will charge **20%** on all checks. **INK 477, LLC** will distribute **16.5% (82.5%)** of the service charge as commissions to the employees and The Company will keep **3.5% (17.5%)** to cover restaurant expenses.

### SERVICE CHARGE POINT VALUE

| POSITION | SERVICE CHARGE | DISTRIBUTION |
|---|---|---|
| Servers/Bartender | 10% | 50% |
| Busser/Barback | 4.5% | 22.5% |
| Runner | 1.5% | 7.5% |
| Host | .5% | 2.5% |

The Company reserves the complete and full authority to decide the method and amount of the commissions to be paid and may change the amount paid in its sole discretion at any time. This method of pay will remain in effect until the Company, at its sole discretion, decides to change it.

If you have any questions regarding your compensation, please contact **Daniele Santos** at Human Resources.

**Acknowledgment of Receipt**

I hereby acknowledge that I have received and reviewed this Service Charge Distribution Notice. I understand that any questions I may have regarding the compensation I am supposed to receive as a: **Server, Bartender, Runner, Busser, Barback, and Host** at the Company should be directed **Daniele Santos**, who will explain these matters to me in greater detail.

Name: _____     Date: _____

Signature: _____

REV: 5/29/24

JUN 2024



# Tip Pool Notice

### Tip Pooling

Grove INK, LLC dba Level 6 has established three separate tip pools, and you will be required to participate in one or more of the tip pools. If optional tips are received from the customer, Grove INK, LLC dba Level 6 will pool 100% of the optional tips received. Since employees will be paid above the minimum wage (hourly rate plus service charges/commissions), Grove INK, LLC dba Level 6 will not be claiming a tip credit and may require that designated employees that have not customarily and regularly participated in tip pooling arrangements also participate in the tip pool. **Managers and supervisors are not permitted to participate in the tip pool under any circumstances.**

**Operation of the Tip Pools: two separate tip pools:**

1. Server Pool
2. Bartender Pool

**Contributions to Tip Pools:**

**Server Pool:** The servers will contribute 15% of their tips to the support staff and keep 85%.

**Bartender Pool:** Bartenders will contribute 15% of the tips they receive to support staff and keep 85%.

### Solicitating Guest Tips

I understand that soliciting tips from a guest is prohibited and will be tolerated. If you solicit a tip from a guest, you will be disciplined up to and including termination. A tip is at the full discretion of the guest and in no way are you to request, suggest or solicit a tip from a guest.

### Reporting Your Tips

You are required to report all tips received on a daily basis.

I acknowledge that I have read and understood this notice. In addition, by signing this notice I acknowledge that I have been adequately advised that I will be required to contribute part of my tips to a tip pool. I know that I may contact my supervisor or Daniele Santos at the Human Resource Department should I have a question or want additional information or a further explanation of this notice.

_____        _____
Employee Signature                              Date

_____
Print Name

*June 2024*