UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR CONDITIONAL CERTIFICATION

    Plaintiff, Chrisovalantou Anastasopoulos, through her undersigned counsel and pursuant to Fed. R. Civ. P. 27, Local Rule 7.1, and other applicable Rules and laws, requests that the Court grant her an extension of time to file her Reply to Defendant's Response to Plaintiff's Motion for Conditional Certification [ECF No. 36] ("Defendant's Response") based on the following good cause:

    1. Plaintiff filed this collective action for damages under the Fair Labor Standards Act on April 25, 2024. *See* ECF No. 1.

    2. On October 18, 2024, Plaintiff sought to certify this collective action by filing her Motion for Conditional Certification [ECF No. 34], requesting that the Court permit Plaintiff to notify current and former similarly situated employees of Defendant of their opt-in rights pursuant to 29 U.S.C. § 216(b).

    3. Defendant filed its Response to Plaintiff's Motion for Conditional Certification [ECF No. 36] on October 31, 2024, setting a deadline of November 7, 2024 for Plaintiff to file her Reply.

1

4. During the seven-day period set by the Court for Plaintiff to file a Reply to Defendant's Response, the undersigned was out of the country on a pre-planned vacation with limited internet and cell phone access, which has prevented him from being able to timely prepare and file the Reply.

5. As such, Plaintiff respectfully requests that the Court grant her a seven-day extension to file her Reply to Defendant's response.

6. This motion is made in good faith, and not for the purpose of delay. Further, the short extension requested herein will not cause prejudice to Defendant.

WHEREFORE, Plaintiff, Chrisovalantou Anastasopoulos, respectfully requests that the Court grant her a seven-day extension of time, until November 14, 2024, to file her Reply to Defendant's Response to Plaintiff's Motion for Conditional Certification.

## **LOCAL RULE 7.1 CERTIFICATION**

I HEREBY CERTIFY that on November 7, 2024, prior to the filing of this motion, the undersigned attempted to confer with counsel for Defendant regarding the relief sought in this motion by email at 1:25 p.m., spoke with Defendant's counsel by telephone at 2:41 p.m., and again called Defendant's counsel at 4:01 p.m. but received no response. Defendant's counsel neither confirmed nor denied whether Defendant opposes this motion.

Respectfully submitted this 7th day of November 2024.

> s/ Patrick Brooks LaRou
> Patrick Brooks LaRou, Esq.
> Florida Bar No. 1039018
> brooks@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Ave., Suite 770
> Coral Gables, Florida 33146
> Telephone: (305) 230-4884
> *Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com