UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.
_____/

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE STATEMENT OF CLAIM

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Extension of Time to File a Reply to Defendant's Response to Plaintiff's Motion for Conditional Certification [ECF No. 39] ("Plaintiff's Motion"), filed on November 7, 2024. The Court being fully advised in the premises, and Plaintiff having shown good cause for the requested seven-day extension, it is

**ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff may file a Reply to Defendant's Response to Plaintiff's Motion for Conditional Certification [ECF No. 36] on or before November 14, 2024.

**DONE AND ORDERED** in Miami, Florida this _____ day of May, 2024.

 

_____
**KATHLEEN M. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record