UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS
and DIMITRA ANASTASOPOULOS,

    Plaintiffs,

vs.

INK 477 LLC,

    Defendant.
_____/

## NOTICE OF DISCOVERY HEARING

Plaintiffs, Chrisovalantou Anastasopoulos and Dimitra Anastasopoulos, notice the Court and all parties of the discovery hearing scheduled before Magistrate Judge Jonathan Goodman at **1:30 p.m. on January 3, 2025**. The discovery hearing will take place in-person at the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Room 1168, Miami, Florida 33132, regarding Defendant's non-service of:

1. Initial Disclosures under Fed. R. Civ. P. 26(a)(1);

2. Certain documents in support of its Response to Plaintiff's Statement of Claim; and

3. Documents related to the employment of Plaintiff Dimitra Anastasopoulos.

If the parties resolve any of the issues surrounding the discovery identified above, they will advise the Court.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

## **LOCAL RULE 7.1 CERTIFICATION**

I HEREBY CERTIFY that prior to the filing of this motion, the undersigned office conferred with counsel for Defendant by email on November 4, 2024, with a deadline to respond by noon on November 6, 2024, but Defendant's counsel did not respond or otherwise acknowledge the email.

Respectfully submitted this 12th day of November 2025.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com