10:37

< Back    OCT Schedule ⌄

| 9-15th | 16th-22nd | **october23-29** | October30-Nov5 |

| | | SERVER | | BARTENDER | | SERVER ASSISTANT | | HOST | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | | WEEK OF SUNDAY OCT 23 - SATURDAY OCT 29 | | | | | | | | |
| **SUN 23** | | Valanta | 4-CL | Taylor | 3:30 - CL | Matt | 4:30 - CL | Laura 5pm-CL | | |
| | | Dimitra | 4-CL | Chris P | 4-CL | Alejandro | 4-CL | | | |
| | | Paula | 4-CL T | Vee | 3:30 - CL | Hamza | 4-CL | | | |
| | | Melissa | 4-CL T | Chris M | 4:30-CL | Joan | 4-CL | | | |
| | | | | Ricardo | 3:30 - CL | | | | | |
| **MON 24** | | | | | CLOSED | | | | | |
| **TUE 25** | | | | | | | | | | |
| **WED 26** | | Salma | 4-CL | Marcelo | 3:30 - CL | Manny | 4:30- CL | Laura 5pm-CL | | |
| | | Melissa | 4-CL T | Raul | 4-CL | Joan | 4-CL | | | |
| | | Jalina | 4-CL | Chris P | 4:30-CL | Ricardo | 4-CL | | | |
| | | Diane | 4-CL | Chris M | 3:30-CL | Abraham | 4-CL T | | | |
| | | Paula | 4-CL T | Julian | 3:30-CL | | | | | |
| **THUR 27** | | Valanta | 4-CL | Marcelo | 3:30 - CL | Matt | 4:30 - CL | Jamia | 4:30-CL | |
| | | jalina | 4-CL | chris P | 4-CL | Manny | 4:30 - CL | Kieytlin | 6-CL | |
| | | Paula | 4-CL | Raul | 4:30-CL | Hamza | 6-CL | | | |
| | | Melissa | 4-CL | chris M | 3:30-CL | Yoan | 3:30-CL | | | |
| | | | | Julian BB | 3:30 - CL | Ricardo | 3:30-CL | | | |
| | | | | mariana DR | 6-CL | Abraham | 3:30-CL T | | | |
| **FRI 28** | | Dimitra | 4-CL | Raul | 3:30 - CL | Matt | 5-CL | | | |
| | | Valanta | 4-CL | Chris P | 4-CL | Manny | 4:30 - CL | | | BEO 12 guest @7:30PI |
| | | Salma | 4-CL | Chris M | 4:30-CL | Joan | 3:30-CL | Laura | 4:30-CL | |
| | | Paula | 4-CL | Julian BB | 3:30 - CL | Ricardo | 6-CL | Jamia | 6-CL | |
| | | Diane | 4-CL | Mariana | 6-CL | Hamza | 6-CL | | | |
| | | | | | | Abraham | 4:30-CL T Food | | | |
| **SAT 29** | | Dimitra | 4-CL | Raul | 4:30-CL | Matt | 4:30-CL | Laura | 4:30-CL | |
| | | Valanta | 4-CL | Chris P | 4-CL | Abraham | 5-CL | Jamia | 6-CL | |
| | | Salma | 4-CL | Chris M | 4:30-CL | Ricardo | 4-CL | | | |
| | | Paula | 4-CL | Julian BB | 3:30 - CL | Yoan | 4-CL | | | |
| | | Melissa | 4-CL | Mariana | 6-CL | Hamza | 6-CL | | | |

Anastasopoulos000043



| WEEK OF SUNDAY OCT 30 - NOV 5 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SERVER | | BARTENDER | | SERVER ASSISTANT | | HOST | |
| SUN 30 | Valanta | 4-CL | Raul | 3:30 - CL | Abraham FR | 4:30 - CL | Laura 5pm | CL |
| | Dimitra | 4-CL | Chris P | 4-CL | Ricardo | 4-CL | | |
| | Paula | OFF | Vee | 3:30 - CL | Hamza | OFF | | |
| | Melissa | OFF | Chris M | 4:30-CL | Joan | 5-CL | | |
| | Diane | OFF | Matt BB | 3:30 - CL | | | | |
| MON 31 | CLOSED | | | | | | | |
| TUE 1 | | | | | | | | |
| WED 2 | Salma | 5-CL | Marcelo | 3:30 - CL | Abraham FR | 4:30- CL | Laura 5pm | CL |
| | Melissa | 4-CL | Raul | 4-CL | Joan | 4-CL | | |
| | Jalina | 4-CL | Chris P | 4:30-CL | Ricardo | 5-CL | | |
| | Diane | 4-CL | Chris M | 3:30-CL | Hamza | 6-CL | | |
| | | | Julian BB | 3:30-CL | | | | |
| THUR 3 | Valanta | 4-CL | Marcelo | 3:30 - CL | Abraham FR | 5 - CL | Jamia | 4:30-CL |
| | Jalina | 4-CL | chris P | 4-CL | Manny | 4:30 - CL | Laura | 6-CL |
| | Paula | 4-CL | Raul | 4:30-CL | Hamza | 6-CL | | |
| | Melissa | 4-CL | chris M | 3:30-CL | Yoan | 4-CL | | |
| | | | Matt BB | 3:30 - CL | Ricardo | 5-CL | | |
| | | | Mariana DR | 6-CL | | | | |
| FRI 4 | Dimitra | 4-CL | Raul | 3:30 - CL | Matt | 4:30 - CL | | |
| | Valanta | 4-CL | Chris P | 4-CL | Manny | 4:30 - CL | | |
| | Salma | 5-CL | Chris M | 4:30-CL | Joan | 4-CL | Laura | 4:30-CL |
| | Paula | 5-CL | Valeesco | 3:30 - CL | Ricardo | 5-CL | Jamia | 6-CL |
| | Diane | 4-CL | Julian BB | 3:30-CL | Hamza | 6-CL | | |
| | | | Mariana DR | 6-CL | | | | |
| SAT 5 | Dimitra | 4-CL | Raul | 4:30-CL | Matt | 4:30-CL | Laura | 4:30-CL |
| | Valanta | 4-CL | Chris P | 4-CL | Manny | 5-CL | Jamia | 6-CL |
| | Salma | 5-CL | Chris M | 4:30-CL | Ricardo | 5-CL | | |
| | Paula | 4-CL | Valeesco | 3:30 - CL | Yoan | 4-CL | | |
| | Melissa | 5-CL | Julian BB | 3:30-CL | Hamza | 6-CL | | |
| | | | Mariana DR | 6-CL | | | | |



| WEEK OF SUNDAY OCT 16 - SATURDAY OCT 22nd | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SERVER | | BARTENDER | | SERVER ASSISTANT | | HOST | |
| SUN 16 | Valanta | 4:00:00 PM | Raul | 3:30 - CL | Matt | 4:30:00 PM | N/A | |
| | Dimitra | 4:00:00 PM | Taylor | 3:30 - CL | Joan | 4:00 - CL | | |
| | | | chris | 4:00:00 PM | Alejandro | 4:00:00 PM | | |
| | Jalina | training | | | | | | |
| MON 17 | CLOSED | | | | | | | |
| TUE 18 | | | | | | | | |
| WED 19 | Salma | 4:00:00 PM | Marcelo | 3:30 - CL | Manny | 4:30:00 PM | | |
| | | | Raul | 3:30 - CL | Alejandro | 4:00:00 PM | | |
| | jalina | training | chris | 4:00:00 PM | Joan | 4:00:00 PM | | |
| THUR 20 | salma | 4:00:00 PM | Marcelo | 3:30 - CL | Matt | 4:00 - CL | Maya | 4:45:00 PM |
| | jalina | training | chris | 3:30 - CL | Joan | 4:00 - CL | | |
| | | | raul | 4:00:00 PM | Alejandro | 4:00 - CL | | |
| | | | taylor | 4:00 - CL | Manny | 4:30:00 AM | | |
| FRI 21 | Dimitra | 4:00:00 PM | raul | 3:00 - 1:30 | Matt | 4:45:00 PM | | |
| | Valanta | 4:00:00 PM | Nishant | 6:00:00 PM | Joan | 4:00 - CL | Maya | 4:45:00 PM |
| | Salma | 4:30:00 AM | Taylor | 4:00 - CL | Manny | 4:45:00 PM | | |
| | | | VEE | 3:00:00 PM | alejandro | 4:00:00 PM | | |
| | | | Chris | 4:00 - CL | | | | |
| SAT 22 | Dimitra | 4:00:00 PM | Taylor | 3:00:00 PM | Joan | 4:00 - CL | Maya | 4:45:00 PM |
| | Valanta | 4:00:00 PM | Nishant | 6:00:00 PM | alejandro | 4:00 - CL | | |
| | Salma | 4:30:00 PM | raul | 4:00 - CL | Matt | 4:45:00 PM | | |
| | | | VEE | 4:00 - CL | Manny | 4:45:00 PM | | |
| | | | Chris | 3:00:00 PM | | | | |

Anastasopoulos000045

| WEEK OF SUNDAY OCT 09 - SATURDAY OCY 15 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SERVER | | BARTENDER | | SERVER ASSISTANT | | HOST | |
| SUN 09 | Valanta | 3:30 - CL | Raul | 3:30 - CL | Matt | 4:00 - CL | Maya | 5:00 - CL |
| | Dimitra | 3:30 - CL | Taylor | 3:30 - CL | Joan | 4:00 - CL | | |
| | | | | | Alejandro | 16:00 PM12/ | | |
| | Jalina | training | Chris | 4:00 - CL | Manny | 16:30 PM12/ | | |
| MON 10 | CLOSED | | | | | | | |
| TUE 11 | | | | | | | | |
| WED 12 | Salma | 15:00 PM12/ | Marcelo | 3:30 - CL | Matt | 4:00 - CL | | |
| | | | | | Alejandro | 16:00 PM12/ | | |
| | jalina | 15:00 PM12/ | Raul | 3:30 - CL | Joan | 16:00 PM12/ | | | 7I meeting at 3 pm
| | | | Chris | 4:00 - CL | Manny | 16:30 PM12/ | | |
| THUR 13 | Valanta | 3:30 - CL | Marcelo | 3:30 - CL | Matt | 4:00 - CL | Maya | 5:00 - CL |
| | jalina | training | Raul | 3:30 - CL | Joan | 4:00 - CL | | |
| | | | | | Alejandro | 4:00 - CL | | |
| | | | Taylor | 4:00 - CL | Manny | 4:30 | | |
| FRI 14 | Dimitra | 3:30 - CL | Raul | 3:00 - 1:30 | Matt | 4:00 - CL | | |
| | Valanta | 3:30 - CL | Nishant | 3:00 - 1:30 | Joan | 4:00 - CL | Maya | 17:00 PM12/ |
| | Salma | 4:30 - CL | Taylor | 4:00 - CL | Manny | 5:00 - CL | | |
| | | | VEE | 16:00 PM12/ | | | | |
| | | | Chris | 4:00 - CL | alejandro | 5:00 - CL | | |
| SAT 15 | Dimitra | 3:30 - CL | Taylor | 3:00 - 1:30 | Joan | 4:00 - CL | AMAL HOSTESS | |
| | Valanta | 3:30 - CL | Nishant | 3:00 - 1:30 | alejandro | 4:00 - CL | | |
| | Salma | 4:30 - CL | Raul | 4:00 - CL | | 5:00 - CL | | |
| | | | VEE | 4:00 - CL | | | | |
| | | | Chris | 4:00 - CL | | 5:00 - CL | | |

Anastasopoulos000046

| | SERVER | | BARTENDER | | SERVER ASSISTANT | | HOST | |
|---|---|---|---|---|---|---|---|---|
| **SUN 25** | Salma | 3pm-CL | Raul | 3pm-CL | Matt | 4pm-CL | Maya | 5pm-CL |
| | Dimitra | 3pm-CL | Nishant | 3pm-CL | Joan | 4pm-CL | | |
| | | 6pm ON-CALL | Valeeco | 6pm ON-CALL | Manny | 5pm-CL | | |
| **MON 26** | | | | CLOSED | | | | |
| **TUES 27** | Sheila | 3pm-CL | Marcelo | 3pm-CL | Joan | 4pm-CL | | |
| | | 3pm-CL | Nishant | 3pm-CL | | 4pm-CL | | |
| | | 6pm ON-CALL | Taylor | 6pm ON-CALL | | | | |
| **WED 28** | Salma | 3pm-CL | Marcelo | 3pm-CL | Matt | 4pm-CL | | |
| | | 3pm-CL | Nishant | 3pm-CL | Joan | 4pm-CL | | |
| | | 5pm-CL | Raul | 5pm-CL | Manny | 5pm-CL | | |
| **THURS 29** | Salma | 3pm-CL | Marcelo | 3pm-CL | Matt | 4pm-CL | Maya | 5pm-CL |
| | Valanta | 3pm-CL | Nishant | 3pm-CL | Joan | 4pm-CL | | |
| | | 5pm-CL | Taylor | 5pm-CL | Manny | 5pm-CL | | |
| **FRI 30** | Dimitra | 3pm-CL | Raul | 3pm-CL | Joan | 4pm-CL | Mila | 4pm-11pm |
| | Valanta | 3pm-CL | Nishant | 3pm-CL | Matt | 4pm-CL | Maya | 6pm-CL |
| | Salma | 5pm-CL | Taylor | 5pm-CL | Manny | 5pm-CL | | |
| | | 3pm TR | | 3pm TR | | 4pm-TR | | |
| **SAT 01** | Dimitra | 3pm-CL | Taylor | 3pm-CL | Matt | 4pm-CL | Mila | 4pm-11pm |
| | Valanta | 3pm-CL | Nishant | 3pm-CL | Joan | 4pm-CL | Maya | 6pm-CL |
| | Salma | 5pm-CL | Raul | 5pm-CL | Manny | 5pm-CL | | |
| | | 3pm TR | | 3pm TR | | 4pm-TR | | |

WEEK OF SUNDAY SEPTEMBER 25 - SATURDAY OCTOBER 01

os000047