11:59

**Level 6 Team**
Christian, Christina L6, Christ...

Samir added Gina Ameneiro

**Christopher Medrano**
And I have to be with her she can barely move. I'm sorry
11:08 AM

**Samir**
Copy    11:13 AM

**+1 (786) 602-2524**    ~Taylor
Hi team. Until I receive a paystub with a breakdown of my hours and what I am being paid, I will not be returning to work.
2:05 PM

**+1 (305) 301-8822**    ~Matt
Can someone resend the schedule please    3:37 PM

**+1 (786) 538-2011**    ~Alejandro
Running a little late    3:41 PM

**+1 (305) 301-8822**    ~Matt
🚫 *This message was deleted.*
3:46 PM

**+1 (619) 952-0397**    ~Dimitra

Anastasopoulos000029