

Anastasopoulos000001



consistently keep track of my daily earnings in this restaurant. I shouldn't have to wait for a bi-weekly paycheck to find out what I earned. Especially when that paycheck doesn't show a break down of the tips for each day I worked.

Gina has been kind enough to help us calculate our tips with the excel sheet she's been using but she said recently she is no longer in charge of that

12:28   LTE

Burak L6 Boss Level 6

Dec 12, 2022

Anastasopoulos000002



> Dec 12, 2022
>
> Valanta,
> Hi there I hope you doing well.
> I just want to inform you that nothing has changed regarding the service charge and the point system.
> A meeting was conducted with all the concerns you had in the past and was explained by HR and the layer.
> We will have another HR compliance meeting this Thursday 3pm, and you can bring up all your concerns and the questions you have.
> There is an employee pay sheet which was given and the managers have excess to provide the information. 4:51 PM

Ok, HR will explain what's

Anastasopoulos000003



> Ok, HR will explain what's already been explained to us. They described what management at L6 must do on their end. I would like access to the employee pay sheet daily.

**Burak L6 Boss Level 6**

> the questions you have. There is an employee pay sheet which was given and the managers have excess to provide the information.   4:51 PM

> Ok, HR will explain what's already been explained to us.

Anastasopoulos000004



> They described what management at L6 must do on their end. I would like access to the employee pay sheet daily. So I will just ask Gina today since you said there is one. Thank you!
> 5:38 PM

> And in every other server job I've had, there is an app showing my tips from the previous night. I just don't think anyone intergrated invention program here are L6. Daniel promised us servers after our first HR meeting that we'd have that layout the next day of our tips. Never happened since. Just so you know as well.
> 5:41 PM

Anastasopoulos000005



what I earned. Especially when that paycheck doesn't show a break down of the tips for each day I worked.

Gina has been kind enough to help us calculate our tips with the excel sheet she's been using but she said recently she is no longer in charge of that.

The last HR meeting we had, we were told it is our legal right to know what we made the previous day in sales, tips, and how it's divided amongst

Anastasopoulos000006



Anastasopoulos000007