UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS
and DIMITRA ANASTASOPOULOS,

      Plaintiffs,

vs.

INK 477 LLC,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Chrisovalantou Anastasopoulos and Dimitra Anastasopoulos, and Defendant, INK 477, LLC, (collectively, the "Parties") by and through their undersigned attorneys, notify the Court pursuant to S.D. Fla. Local Rule 16.4 and this Court's Scheduling Order entered July 22, 2024 [ECF No. 29] that the Parties have settled the above captioned action and are in the process of drafting and executing the written Settlement Agreement.

Respectfully submitted this 24th day of December 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Sergio R. Casiano, Jr. |
| Brian H. Pollock, Esq. (174742) | Sergio R. Casiano, Jr., Esq. (457302) |
| brian@fairlawattorney.com | sergio.casiano@wilsonelser.com |
| Patrick Brooks LaRou, Esq. (1039018) | Shawna C. Biggs, Esq. (1026407) |
| brooks@fairlawattorney.com | shawna.biggs@wilsonelser.com |
| FAIRLAW FIRM | WILSON, ELSER, MOSKOWITZ, |
| 135 San Lorenzo Avenue, Suite 770 | EDELMAN & DICKER LLP |
| Coral Gables, Florida 33146 | 100 S.E. 2nd Street, Suite 2100 |
| Telephone: (305) 230-4884 | Miami, Florida 33131 |
| *Counsel for Plaintiffs* | Telephone: (305) 374-4400 |
| | *Counsel for Defendant* |