UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-WILLIAMS/GOODMAN

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.

_____/

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case, Magistrate Judge Jonathan Goodman, conduct any and all further proceedings to review and approve the Settlement pending between the parties, and to retain jurisdiction to enforce the terms of the parties' Settlement Agreement. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

Dated this 17th day of January 2025

| Respectfully Submitted, | Respectfully submitted, |
|---|---|
| */s/ Patrick Brooks LaRou* | */s/ Sergio R. Casiano, Jr.* |
| Brian H. Pollock, Esq. | Sergio R. Casiano, Jr., Esq. |
| Fla. Bar No. 174742 | Florida Bar No. 457302 |
| brian@fairlawattorney.com | WILSON, ELSER, MOSKOWITZ, |
| Patrick Brooks LaRou, Esq. | EDELMAN & |
| Fla. Bar No. 1039018 | DICKER, LLP. |
| brooks@fairlawattorney.com | 100 SE Second Street, Suite 2100 |
| FAIRLAW FIRM | Miami, FL 33131 |
| 135 San Lorenzo Avenue | Telephone: (305)374-4400 |
| Suite 770 | Facsimile: (305)579-0261 |
| Coral Gables, FL 33146 | Email: Sergio.casiano@wilsonelser.com |
| Tel: 305.230.4884 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of January 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF filing system. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Sergio R. Casiano, Jr.,*
Sergio R. Casiano, Jr., Esq.
Florida Bar No. 457302
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP.
100 SE Second Street, Suite 2100
Miami, FL 33131
Telephone: (305)374-4400
Facsimile: (305)579-0261
Email: Sergio.casiano@wilsonelser.com