UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:24-cv-21586-WILLIAMS/GOODMAN

CHRISOVALANTOU ANASTASOPOULOS
and DIMITRA ANASTASOPOULOS,

    Plaintiffs,

v

INK 477 LLC

    Defendant.

_____/

## REPORT OF MEDIATION

A mediation conference was held on December 19, 2024 for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings via ZOOM. All parties and their respective counsel were present.

    __X__   A complete agreement was reached.

    _____   A partial agreement was reached.

    _____   No agreement was reached.

    _____   The mediation was adjourned until _____.

_____
Karen Evans-Putney, Mediator

December 23, 2024
Date