UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

v.

INK 477 LLC,

    Defendant.
_____/

## NOTICE OF CHANGE OF EMAIL ADDRESS

PLEASE TAKE NOTICE that the undersigned, Shawna C. Biggs, Esquire, files this Notice of Change of Email Address in the above captioned case pursuant to Local Rule 11.1(g). All pleadings, memoranda, correspondence, orders, etc. shall be sent to Shawna C. Biggs, Esquire, Wilson Elser Moskowitz Edelman & Dicker LLP, shawna.biggs@wilsonelser.com.

Dated: January 24, 2025.

    Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Counsel for Defendant*
100 SE Second Street, Suite 2100
Miami, Florida 33131
Telephone: 305-374-4400
Facsimile: 305-579-0261

By: */s/Shawna C. Biggs*
    SHAWNA C. BIGGS
    Florida Bar No. 1026407
    shawna.biggs@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that the on **January 24, 2025**, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Shawna C. Biggs*
Shawna C. Biggs
Florida Bar No. 1026407
shawna.biggs@wilsonelser.com

**SERVICE LIST**
Brian H. Pollock, Esq.
Patrick Brooks LaRou, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: 305-230-4884
brian@fairlawattorney.com
brooks@fairlawattorney.com

*Counsel for Plaintiff*

282876774v.1