## FLSA SETTLEMENT AGREEMENT

This FLSA Settlement Agreement ("*Agreement*") is entered into between Chrisovalantou Anastasopoulos ("*Plaintiff*") and Dimitra Anastasopoulos ("*Opt-In Plaintiff*") on the one hand (collectively *"Plaintiffs"*), and INK 477, LLC, a Florida limited liability company, ("*Defendant*"), on the other, as of the last date set forth below. The Plaintiffs and the Defendant are referred to collectively herein as the "*Parties*."

WHEREAS, Plaintiff filed a civil lawsuit in the US District Court for the Southern District of Florida, Case No.: 1:24-cv-21586-KMW (the "Litigation"), alleging that Defendant violated the Fair Labor Standards Act (FLSA) by failing to pay her in accordance with the FLSA, and into which the Opt-In Plaintiff later joined as a party;

WHEREAS, Defendant has denied and continues to deny that it violated any federal, state or local laws, breached any duty, failed to pay any employees as required by the FLSA, engaged in any misclassification, misrepresentation, or other unlawful conduct with respect to any of its employees, including, but not limited to, the allegations that were raised, or could have raised, in the Litigation; and

WHEREAS, Counsel for the Plaintiffs has analyzed and evaluated the merits of the claims made against Defendant and, Plaintiffs, after recognizing the risks of continued litigation, including the possibility that the they may not recover anything or may recover an amount less than provided for in this Agreement, and after participating in mediation held on December 19, 2024, decided to resolve their FLSA claim against Defendant. The Parties' respective counsel have concluded that the terms and conditions of this Agreement are reasonable and fair, and that they are in the Parties' best interests.

NOW THEREFORE, in consideration of the monies, mutual promises, and mutual covenants contained herein, the Parties agree as follows:

1. Payments and other consideration. Upon approval of this settlement by the Magistrate Judge of the U.S. District Court and in consideration for the promises by the Plaintiffs in this Agreement, Defendant agrees to pay the total gross sum of Twenty-Nine Thousand Five Hundred Thousand Dollars ($29,500.00), as follows:

    (a) Checks made payable to Plaintiff and Opt-In Plaintiff in the gross amounts stated below, less lawful withholdings, for alleged back wage damages, to be reported on an IRS Form W-2, as follows:

    | *Payee* | *Gross Amount* |
    |---|---|
    | Chrisovalantou Anastasopoulos | $1,250.00 |
    | Dimitra Anastasopoulos | $2,000.00 |

(b) Checks made payable to Plaintiff and Opt-In Plaintiff in the total amounts stated below for alleged liquidated damages, to be reported on an IRS Form 1099, as follows:

| Payee | Gross Amount |
|---|---|
| Chrisovalantou Anastasopoulos | $1,250.00 |
| Dimitra Anastasopoulos | $2,000.00 |

(c) One check payable to FairLaw Firm, as counsel for Plaintiffs, in the total amount of twenty-three thousand dollars and zero cents ($23,000.00), in satisfaction of Plaintiff's attorney's fees ($21,031.55) and costs ($1,968.45) incurred in this Litigation for which Defendant shall issue a 1099 to FairLaw Firm;

(d) As additional consideration hereunder, Plaintiffs shall provide Defendant with a completed W-4 and W-9, and Plaintiff's counsel shall provide a completed W-9, all as a condition of any payment under this agreement.

(e) Separate and apart from the foregoing settlement, Chrisovalantou Anastasopoulos shall receive another one-time payment of fifty dollars (US $50.00) in exchange for the payee's signature and return of the Settlement Agreement and General Release prepared by the attorneys for Ink 477, LLC, for which a 1099 form will be issued. Equally, Dimitra Anastasopoulos shall receive another one-time payment of fifty dollars (US $50.00) in exchange for the payee's signature and return of the Settlement Agreement and General Release prepared by the attorneys for Ink 477, LLC, for which a 1099 form will be issued.

The Plaintiffs agree that the payments referenced in this Paragraph 1 constitute adequate consideration for the releases given in this Agreement, that the attorney's fees and costs are reasonable, and that the payments are in full and complete satisfaction of any and all claims by them against Defendant under the FLSA and for any and all attorney's fees and/or costs with respect to the Litigation. The payments referenced in this Paragraph 1 are expressly conditioned upon and subject to Plaintiffs' compliance in good faith at all times with all terms of this Agreement.

Defendant shall deliver all checks identified in this Paragraph 1 to FairLaw Firm, located at 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146, so they are received within 15 days after the Defendant's receipt of a completed W-4 and W-9 for Plaintiffs, a completed W-9 for FairLaw Firm, and the Magistrate Judge's approval of this Agreement.

The parties agree to request that the Magistrate Judge dismiss the Litigation with prejudice upon condition that it retain jurisdiction for 60 days to enforce this Agreement.

| Party/Litigant | Signature | Date |
| --- | --- | --- |
| Chrisovalantou Anastasopoulos | By: *CV And* <br> Chrisovalantou Anastasopoulos (Jan 30, 2025 16:51 EST) | 01/30/2025 |
| Dimitra Anastasopoulos | By: *Dimitra Anastasopoulos* | 01/30/2025 |
| Ink 477, LLC | By: _____ <br> Fadi Abduknour, Authorized Agent | 2/3/2025 |

WEMED FILE 26102.00004

# FLSA Agreement (Final)(Anastasopoulos)

Final Audit Report                        2025-01-30

| | |
|---|---|
| Created: | 2025-01-16 |
| By: | Brooks LaRou (brooks@fairlawattorney.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA4FylYoenvcvjnhb8Ym5qSkPdqavuy3F5 |

## "FLSA Agreement (Final)(Anastasopoulos)" History

- Document created by Brooks LaRou (brooks@fairlawattorney.com)
  2025-01-16 - 4:50:51 PM GMT

- Document emailed to Chrisovalantou Anastasopoulos (vanasta33@gmail.com) for signature
  2025-01-16 - 4:50:55 PM GMT

- Document emailed to Dimitra Anastasopoulos (dimitra.anasta524@gmail.com) for signature
  2025-01-16 - 4:50:55 PM GMT

- Email viewed by Dimitra Anastasopoulos (dimitra.anasta524@gmail.com)
  2025-01-16 - 5:19:47 PM GMT

- Email viewed by Chrisovalantou Anastasopoulos (vanasta33@gmail.com)
  2025-01-17 - 4:06:59 PM GMT

- Email viewed by Chrisovalantou Anastasopoulos (vanasta33@gmail.com)
  2025-01-24 - 3:23:51 AM GMT

- Email viewed by Dimitra Anastasopoulos (dimitra.anasta524@gmail.com)
  2025-01-24 - 1:47:48 PM GMT

- Document e-signed by Dimitra Anastasopoulos (dimitra.anasta524@gmail.com)
  Signature Date: 2025-01-30 - 9:49:46 PM GMT - Time Source: server

- Document e-signed by Chrisovalantou Anastasopoulos (vanasta33@gmail.com)
  Signature Date: 2025-01-30 - 9:51:24 PM GMT - Time Source: server

- Agreement completed.
  2025-01-30 - 9:51:24 PM GMT

**Adobe Acrobat Sign**