UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-WILLIAMS/GOODMAN

CHRISOVALANTOU ANASTASOPOULOS,

    Plaintiff,

vs.

INK 477 LLC,

    Defendant.
_____/

**PROPOSED ORDER ON JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND TO DISMISS WITH PREJUDICE**

THIS MATTER is before the Magistrate Judge of this Court upon the Joint Motion for Approval of FLSA Settlement and to Dismiss with Prejudice and in support of same, states as follows:

It is hereby ORDERED and ADJUDGED that:

    (1) The Parties Joint Motion for Approval of FLSA Settlement and to Dismiss with Prejudice is GRANTED.

    (2) The Magistrate Judge of this Court shall retain jurisdiction for a period of 60 days to enforce the Parties' FLSA Settlement Agreement.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record