UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,
and DIMITRA ANASTASOPOULOS,

    Plaintiffs,

vs.

INK 477 LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING AND NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 53]

Plaintiffs, Chrisovalantou Anastasopoulos and Dimitra Anastasopoulos, by and through their undersigned counsel, hereby file their retainer agreements and counsel's billing and cost records, and notify the Court and all parties to this action that Plaintiffs have complied with the Court's Paperless Order Setting Zoom Fairness Hearing [ECF No. 53] by filing the same.

Respectfully submitted this 10th day of February 2025.

                                        s/ Patrick Brooks LaRou
                                        Brian H. Pollock, Esq. (174742)
                                        brian@fairlawattorney.com
                                        Patrick Brooks LaRou, Esq. (1039018)
                                        brooks@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue, Suite 770
                                        Coral Gables, Florida 33146
                                        Telephone: (305) 230-4884
                                        *Counsel for Plaintiff*