# FairLaw Firm

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Chrisovalantou Anastasopoulos

## INVOICE

**Open (Not Sent)**

| | |
|---|---|
| Invoice # | 683 |
| Invoice Date: | 2/10/2025 |

**Amount due**
39,934.55

## Services

| Timekeeper | Rate |
|---|---|
| Brian H. Pollock, Esq | $500/hour |
| P. Brooks LaRou, Esq. | $325/hour |
| Steffany Sanguino (Fla. Cert. Paralegal) | $165/hour |

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 7/25/2023 | Brian H. Pollock Esq. | FLSA - Plaintiff | Initial intake with client'; discuss her claim(s), what to expect, and review sign-up procedure | 1.00 | 500.00 |
| 4/1/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of intake notes. | 0.20 | 65.00 |
| 4/2/2024 | Brian H. Pollock Esq. | Legal | Conduct initial consultation with client; discuss her claims and what to expect; also, reviewed sign-up procedures | 1.00 | 500.00 |
| 4/3/2024 | Steffany Sanguino | Paralegal | I emailed the client requesting more documents. | 0.10 | 16.50 |
| 4/8/2024 | Steffany Sanguino | Paralegal | Documents from the client have been received. | 0.10 | 16.50 |
| 4/8/2024 | Steffany Sanguino | Paralegal | The client provided us with a WhatsApp screenshot with Burak. I emailed the client requesting to export the whole chat and email it to us. | 0.10 | 16.50 |
| 4/8/2024 | Steffany Sanguino | Paralegal | The whole conversation with Burak has been received. | 0.10 | 16.50 |
| 4/23/2024 | Steffany Sanguino | Paralegal | The client called for an update. | 0.10 | 16.50 |
| 4/25/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review the documents provided by the client; then, draft Collective Action Complaint, Summons, and Civil Coversheet | 2.10 | 1,050.00 |
| 4/25/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Exchange emails with client to provide her an update on her case and confirm details for inclusion in Complaint | 0.30 | 150.00 |
| 4/25/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Complaint. | 0.20 | 65.00 |
| 4/25/2024 | Brian H. Pollock Esq. | Draft/revise | drafted letter to client re: Case filed and what to expect | 0.30 | 150.00 |
| 4/25/2024 | Steffany Sanguino | Paralegal | NOA for Brooks has been drafted and filed. | 0.15 | 24.75 |
| 4/25/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice of Assignment to Judge Williams and Magistrate Judge Goodman. | 0.10 | 32.50 |
| 4/25/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review and approval of Notice of Appearance. | 0.10 | 32.50 |
| 4/25/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Summons issued as to INK 477 LLC. | 0.10 | 32.50 |
| 4/26/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from client regarding Complaint filed 4/25/24. | 0.10 | 32.50 |
| 4/26/2024 | Steffany Sanguino | Paralegal | I emailed the client to request the witnesses. | 0.10 | 16.50 |
| 4/26/2024 | Steffany Sanguino | Paralegal | The client has informed us that she worked for Level 6 from September 2022-December 2022. | 0.10 | 16.50 |
| 4/26/2024 | Steffany Sanguino | Paralegal | I advised the client on how to export chats from WhatsApp | 0.20 | 33.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/26/2024 | Steffany Sanguino | Paralegal | We received the clients witnesses. | 0.10 | 16.50 |
| 5/1/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order of Referral and Notice of Court Practice in FLSA Cases. | 0.20 | 65.00 |
| 5/1/2024 | Steffany Sanguino | Paralegal | Received the Order of Referral and Notice of Court Practice in FLSA Cases. Deadlined have been added. | 0.20 | 33.00 |
| 5/2/2024 | Steffany Sanguino | Paralegal | Documents from the client have been received and organized. | 0.20 | 33.00 |
| 5/6/2024 | Steffany Sanguino | Paralegal | Information about the witnesses has been received. | 0.20 | 33.00 |
| 5/6/2024 | Steffany Sanguino | Paralegal | The first draft of the SOC has been drafted. | 0.30 | 49.50 |
| 5/7/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of documents provided by client. | 0.60 | 195.00 |
| 5/7/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Statement of Claim. | 0.30 | 97.50 |
| 5/7/2024 | Steffany Sanguino | Paralegal | We received a WhatsApp chat between the client and Burak. | 0.10 | 16.50 |
| 5/8/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Additional review of client's schedules and time/pay records. | 0.50 | 162.50 |
| 5/8/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding estimate of damages. | 0.60 | 195.00 |
| 5/9/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Statement of Claim. | 0.60 | 195.00 |
| 5/9/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Motion for Extension to file Statement of Claim. | 0.60 | 195.00 |
| 5/9/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Proposed Order granting Motion for Extension to file Statement of Claim. | 0.20 | 65.00 |
| 5/9/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding filing Motion for Extension of Time to file Statement of Claim. | 0.20 | 65.00 |
| 5/10/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order granting Plaintiff's Motion for Extension to file Statement of Claim. | 0.10 | 32.50 |
| 5/10/2024 | Steffany Sanguino | Paralegal | The summons, complaint, and paperless order have been issued to Steve for Service. | 0.20 | 33.00 |
| 5/10/2024 | Steffany Sanguino | Paralegal | We received Steve's Job number for the summons,2024000748 | 0.10 | 16.50 |
| 5/14/2024 | Steffany Sanguino | Paralegal | I emailed Steve to f.u with service. | 0.10 | 16.50 |
| 5/17/2024 | Steffany Sanguino | Paralegal | We received an update for the attempt of service on Mr. Brian Elias. The receptionist said he was absent, provided the server with a business card, and asked to call to make sure Mr. Elias was present before going back. | 0.10 | 16.50 |

| Date | Person | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/21/2024 | Steffany Sanguino | Paralegal | We received confirmation of service for Ink 477 d/b/a Level 6 | 0.29 | 47.85 |
| 5/21/2024 | Steffany Sanguino | Paralegal | NOF for Return of Service on Inks 477/Level 6 has been drafted and filed. | 0.20 | 33.00 |
| 5/21/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Return of Service for Ink 477 LLC. | 0.10 | 32.50 |
| 5/23/2024 | Steffany Sanguino | Paralegal | First draft of the Rule 26 has been drafted. | 1.00 | 165.00 |
| 6/7/2024 | Brian H. Pollock Esq. | Legal | Conduct routine file audit to determine what needs to be done and document file re: same | 0.30 | 150.00 |
| 6/11/2024 | Steffany Sanguino | Paralegal | File review and issue reminders regarding OC complaint answers that have yet to be received. | 0.10 | 16.50 |
| 6/11/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Motion for Clerk's Default and Proposed Clerk's Default. | 0.40 | 130.00 |
| 6/11/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Motion for Clerk's Default and proposed Clerk's Default. | 0.10 | 32.50 |
| 6/11/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Default against Defendant. | 0.10 | 32.50 |
| 6/11/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order instructing Plaintiff to file Motion for Final Default Judgment by 7/11/24; calendared deadline for the same. | 0.10 | 32.50 |
| 6/11/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Hillary Frontado regarding mailing Plaintiff's Motion for Default and proposed Clerk's Default to Defendant's registered agent. | 0.10 | 32.50 |
| 6/18/2024 | Steffany Sanguino | Paralegal | Defendant's Counsel's Notice of Appearance has been received for Sergio R. Casiano | 0.10 | 16.50 |
| 6/18/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Appearance by Sergio Casiano as counsel for Defendant. | 0.10 | 32.50 |
| 6/18/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Sergio Casiano) regarding whether Plaintiff objects to Defendant's Motion to Set Aside Default. | 0.10 | 32.50 |
| 6/19/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) regarding non-objection to Defendant's Motion to Vacate Default, and requesting that Defendant produce all time/pay/tip records per the Court's Order (ECF 8). | 0.30 | 97.50 |
| 6/19/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Sergio Casiano) confirming that counsel will ask Defendant for time/pay/tip records. | 0.10 | 32.50 |
| 6/19/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to defense counsel requesting insurance info | 0.40 | 200.00 |
| 6/19/2024 | Steffany Sanguino | Paralegal | As per OC, they are closed for the day due to the holiday, but they will gather our client's records and provide them. I created a task to f.u with our requests. | 0.10 | 16.50 |
| 6/20/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Plaintiff's Rule 26 Initial Disclosures; compiled documents for production in connection with the same. | 1.70 | 552.50 |
| | Brooks | Receipt, Review | Receipt and review of Defendant's Motion to Set Aside Default and | | |

| Date | Name | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/20/2024 | Brooks LaRou Esq. | | ...draft of Defendant's Answer/Affirmative Defenses attached thereto. | 0.30 | 97.50 |
| 6/21/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's order granting Defendant's Motion to Set Aside Default. | 0.10 | 32.50 |
| 6/21/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's Answer and Affirmative Defenses. | 0.30 | 97.50 |
| 6/21/2024 | Steffany Sanguino | Paralegal | Receipt of the Defendants insurance policy. | 0.10 | 16.50 |
| 6/21/2024 | Steffany Sanguino | Paralegal | I emailed Oc to f.u with the client's records. | 0.10 | 16.50 |
| 6/21/2024 | Steffany Sanguino | Paralegal | Receipt of Paystubs, punch in-out records, and report total sales from OC. | 0.20 | 33.00 |
| 6/21/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's Notice of Compliance with Court's Order requiring initial production of documents to Plaintiff. | 0.10 | 32.50 |
| 6/21/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and initial review of documents produced by Defendant 6/21/24. | 0.40 | 130.00 |
| 6/21/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) requesting copies of receipts showing tips to Plaintiff. | 0.10 | 32.50 |
| 6/25/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Analyze the documents provided by Defendant; then, draft email to defense counsel to address discrepancies in records provided and to request the records identifying the persons who rec'd tips from the tip pool, etc. | 0.70 | 350.00 |
| 6/25/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's Certificate of Interested Parties. | 0.30 | 97.50 |
| 6/28/2024 | Brooks LaRou Esq. | Email Communication | Follow-up email to counsel for Defendant (Sergio Casiano) requesting documents reflecting total tips collected/pooled and how they were distributed. | 0.10 | 32.50 |
| 6/28/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Sergio Casiano) regarding his request of documents from Defendant reflecting tip pooling and distribution. | 0.10 | 32.50 |
| 6/28/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Continued review of time/pay records produced by Defendant in connection with preparing Plaintiff's Statement of Claim; created Excel spreadsheet reflecting time/pay data. | 0.80 | 260.00 |
| 6/28/2024 | Brooks LaRou Esq. | Draft/revise | Recalculated Plaintiff's estimation of damages and drafted Statement of Claim. | 1.50 | 487.50 |
| 6/28/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding estimation of damages in Statement of Claim for her approval, and next steps of case. | 0.80 | 260.00 |
| 6/28/2024 | Brooks LaRou Esq. | Email with Client | Email to client attaching draft Statement of Claim for her review and approval. | 0.10 | 32.50 |
| 7/1/2024 | Brooks LaRou Esq. | Email with Client | Receipt of email from client approving draft Statement of Claim. | 0.10 | 32.50 |
| 7/1/2024 | Brooks LaRou Esq. | Draft/revise | Final revisions to draft of Statement of Claim. | 0.20 | 65.00 |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Statement of Claim. | 0.10 | 32.50 |
| 7/1/2024 | Brooks LaRou Esq. | Draft/revise | Final revisions to Plaintiff's Rule 26 Initial Disclosures; finished compiling documents for production in connection with serving the same. | 0.30 | 97.50 |
| 7/1/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino regarding bates stamping documents for production in connection with Plaintiff's Rule 26 Disclosures and Statement of Claim. | 0.10 | 32.50 |
| 7/1/2024 | Brooks LaRou Esq. | Draft/revise | Final revisions to Plaintiff's Certificate of Interested Parties. | 0.10 | 32.50 |
| 7/1/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino regarding service of Order of Referral and Notice of Court Practice in FLSA Cases (ECF No. 5), Plaintiff's Statement of Claim, Plaintiff's Rule 26 Disclosures, and supporting documents. | 0.10 | 32.50 |
| 7/1/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Notice of Compliance with Court's Order to serve Statement of Claim and supporting documents [ECF No. 5]. | 0.30 | 97.50 |
| 7/1/2024 | Steffany Sanguino | Paralegal | I have served OC with, Order of Referral and Notice of Court Practice in FLSA Cases (ECF No. 5) Plaintiff's Statement of Claim (ECF No. 18) Plaintiff's Rule 26 Disclosures Plaintiff's Supporting Documents. (Combined, bate-stamped, and created a dropbox link) | 0.70 | 115.50 |
| 7/1/2024 | Steffany Sanguino | Paralegal | A letter enclosing the SOC has been drafted and emailed to the client. | 0.20 | 33.00 |
| 7/5/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Joint Scheduling Report. | 0.70 | 227.50 |
| 7/5/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Proposed Scheduling Order. | 0.40 | 130.00 |
| 7/8/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Joint Scheduling Report and Proposed Scheduling Order. | 0.30 | 97.50 |
| 7/8/2024 | Brooks LaRou Esq. | Email Communication | Emailed drafts of Joint Scheduling Report and Proposed Scheduling Order to counsel for Defendant (Sergio Casiano). | 0.10 | 32.50 |
| 7/10/2024 | Brooks LaRou Esq. | Email Communication | Follow-up email to counsel for Defendant (Sergio Casiano) regarding draft of Joint Scheduling Report and Proposed Scheduling Order. | 0.10 | 32.50 |
| 7/10/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's Response to Statement of Claim. | 0.20 | 65.00 |
| 7/10/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Sergio Casiano) regarding proposed edits to draft JSR and Proposed Scheduling Order. | 0.20 | 65.00 |
| 7/10/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Joint Scheduling Report and Proposed Scheduling Order. | 0.60 | 195.00 |
| 7/10/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) regarding revisions to Joint Scheduling Report and Proposed Scheduling Order. | 0.20 | 65.00 |
| 7/11/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding scheduling Settlement Conference. | 0.10 | 32.50 |

| Date | Name | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/11/2024 | Brooks LaRou Esq. | Email Communication | Email to/from counsel for Defendant (Sergio Casiano) regarding revisions to drafts of Joint Scheduling Report and Proposed Scheduling Order. | 0.20 | 65.00 |
| 7/11/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant regarding intent to file Motion for Extension to file Joint Scheduling Report and Proposed Scheduling Order. | 0.10 | 32.50 |
| 7/11/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Motion for Extension to file Joint Scheduling Report and Proposed Scheduling Order. | 0.40 | 130.00 |
| 7/11/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Sergio Casiano) regarding his intent to circulate drafts of Joint Scheduling Report and Proposed Scheduling Order on 7/12/24. | 0.10 | 32.50 |
| 7/15/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) requesting his revisions to draft of Joint Scheduling Report and Proposed Scheduling Order. | 0.10 | 32.50 |
| 7/15/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendant (Sergio Casiano) regarding revisions to drafts of Joint Scheduling Report and Proposed Scheduling Order. | 0.20 | 65.00 |
| 7/15/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Joint Scheduling Report and Proposed Scheduling Order. | 0.20 | 65.00 |
| 7/15/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) regarding revisions to drafts of Joint Scheduling Report and Proposed Scheduling Order. | 0.10 | 32.50 |
| 7/15/2024 | Brooks LaRou Esq. | Phone Call | Follow-up phone call with counsel for Defendant (Sergio Casiano) regarding additional revisions to drafts of Joint Scheduling Report and Proposed Scheduling Order. | 0.10 | 32.50 |
| 7/15/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Joint Scheduling Report and Proposed Scheduling Order. | 0.10 | 32.50 |
| 7/16/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Appearance by Shawna Biggs as counsel for Defendant. | 0.10 | 32.50 |
| 7/17/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order denying as moot Plaintiff's Motion for Extension to file Joint Scheduling Report and Proposed Scheduling Order. | 0.10 | 32.50 |
| 7/18/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding scheduling Settlement Conference. | 0.10 | 32.50 |
| 7/22/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Scheduling Order. | 0.30 | 97.50 |
| 7/22/2024 | Steffany Sanguino | Paralegal | Settlement conference has been scheduled. | 0.10 | 16.50 |
| 7/22/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order Scheduling Settlement Conference; calendared deadlines in connection with the same. | 0.30 | 97.50 |
| 7/22/2024 | Brooks LaRou Esq. | Draft/revise | Draft Letter to client re Settlement Conference In Person | 0.30 | 97.50 |
| 7/23/2024 | Steffany Sanguino | Paralegal | I drafted a letter enclosing the trial date to the client. | 0.20 | 33.00 |
| 7/23/2024 | Steffany Sanguino | Paralegal | I provided the client with clarity regarding the settlement conference date and the trial date. | 0.10 | 16.50 |

| Date | Attorney | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/25/2024 | Brooks LaRou Esq. | Receipt, Review, | Receipt and review of Defendant's Notice of Fact Witnesses. | 0.20 | 65.00 |
| 7/25/2024 | Steffany Sanguino | Paralegal | Receipt of Defendant's Notice of Fact Witnesses. | 0.10 | 16.50 |
| 7/25/2024 | Brooks LaRou Esq. | Draft/revise | Began drafting Motion for Conditional Certification of Collective Action. | 1.50 | 487.50 |
| 7/29/2024 | Brooks LaRou Esq. | Draft/revise | Continued drafting Motion for Conditional Certification. | 2.00 | 650.00 |
| 7/29/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Consent to Join forms (x2) for Plaintiff and Dimitra Anastasopoulos. | 0.40 | 130.00 |
| 7/29/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's Sworn Declaration in support of Motion for Conditional Certification of Collective Action. | 0.50 | 162.50 |
| 7/29/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Sworn Declaration of Dimitra Anastasopoulos in support of Motion for Conditional Certification of Collective Action. | 0.50 | 162.50 |
| 7/29/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Court-Authorized Notice form in connection with filing Motion for Conditional Certification of Collective Action. | 0.80 | 260.00 |
| 7/29/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Consent to Join form for opt-in plaintiffs. | 0.50 | 162.50 |
| 7/29/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Court-Authorized Reminder Notice form in connection with filing Motion for Conditional Certification of Collective Action. | 0.50 | 162.50 |
| 7/30/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Motion for Conditional Certification of Collective Action. | 0.50 | 162.50 |
| 7/30/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Plaintiff's Sworn Declaration in support of Motion for Conditional Certification. | 0.20 | 65.00 |
| 7/30/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Dimitra Anastasopoulos' Sworn Declaration in support of Motion for Conditional Certification. | 0.20 | 65.00 |
| 7/31/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to drafts of Sworn Declarations for Chrisovalantou and Dimitra Anastasopoulos. | 0.50 | 162.50 |
| 8/5/2024 | Brian H. Pollock Esq. | Draft/revise | draft letter to client enclosing and regarding our Rule 26 Disclsosures and what to expect | 0.30 | 150.00 |
| 8/5/2024 | Brooks LaRou Esq. | Phone Call | Left voice message to client regarding case status. | 0.10 | 32.50 |
| 8/6/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Motion for Conditional Certification. | 0.50 | 162.50 |
| 8/6/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Sworn Declaration of Dimitra Anastasopoulos. | 0.10 | 32.50 |
| 8/6/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding filing Motion for Conditional Certification, potential opt-in plaintiffs, and 8/19/24 Settlement | 0.50 | 162.50 |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/6/2024 | Brian H. Pollock Esq. | Legal | Review file and deadlines to determine additional strategy and information needed for case | 0.30 | 150.00 |
| 8/7/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding list of mediators to propose to counsel for Defendant. | 0.10 | 32.50 |
| 8/8/2024 | Brooks LaRou Esq. | Phone Call | Phone call and voicemail to Dimitra Anastasopoulos regarding signing Consent to Join form. | 0.10 | 32.50 |
| 8/8/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino regarding sending Consent to Join form to Dimitra Anastasopoulos for signature. | 0.10 | 32.50 |
| 8/8/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Dimitra Anastasopoulos regarding signing Consent to Join form and upcoming settlement conference set for 8/19/24. | 0.20 | 65.00 |
| 8/8/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Notice of Filing Consent to Join form for Dimitra Anastasopoulos. | 0.20 | 65.00 |
| 8/9/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Notice of Filing Consent to Join Form for Dimitra Anastasopoulos. | 0.10 | 32.50 |
| 8/9/2024 | Brian H. Pollock Esq. | Draft/revise | Draft ltr to dimitra anastasopoulos re joining case | 0.30 | 150.00 |
| 8/12/2024 | Steffany Sanguino | Paralegal | Emailed OC suggesting a mediator. | 0.10 | 16.50 |
| 8/14/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) requesting Plaintiffs' tip records, and time/pay records for Dimitra Anastasopoulos. | 0.20 | 65.00 |
| 8/14/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Sergio Casiano) in response to request for tip records and Dimitra Anastasopoulos' time/pay records. | 0.10 | 32.50 |
| 8/14/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) setting conference call to discuss the parties' settlement positions per ECF 30. | 0.10 | 32.50 |
| 8/15/2024 | Brooks LaRou Esq. | Unassigned | Recalculation of clients' damages to be produced to Defendant in preparation for Settlement Conference. | 1.00 | 325.00 |
| 8/15/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Dimitra Anastasopoulos regarding estimation of damages and 8/19/24 Settlement Conference. | 0.30 | 97.50 |
| 8/15/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Confidential Pre-Settlement Conference Statement to Judge Goodman. | 2.00 | 650.00 |
| 8/15/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding setting conference call with client in preparation for 8/19/24 Settlement Conference. | 0.10 | 32.50 |
| 8/15/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding submitting Confidential Pre-Settlement Conference Statement to Judge Goodman. | 0.10 | 32.50 |
| 8/15/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) regarding Plaintiffs' calculation of damages in preparation for 8/19/24 Settlement Conference, and confirming 8/16/24 conference call. | 0.20 | 65.00 |

| Date | Name | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/15/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding setting conference call with Chrisovalantou Anastasopoulos in preparation for 8/19/24 Settlement Conference. | 0.10 | 32.50 |
| 8/15/2024 | Steffany Sanguino | Paralegal | I called the client to remind her about the upcoming settlement conference. | 0.10 | 16.50 |
| 8/15/2024 | Steffany Sanguino | Paralegal | I called the client to schedule a telephone conference with Brian. | 0.10 | 16.50 |
| 8/16/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Chrisovalantou Anastasopoulos regarding settlement authority and preparation for 8/17/24 Settlement Conference. | 0.50 | 162.50 |
| 8/16/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Dimitra Anastasopoulos regarding settlement authority. | 0.30 | 97.50 |
| 8/16/2024 | Steffany Sanguino | Paralegal | We have agreed to mediate with mediator Karen Evans. I obtained Ms Evan's availability and emailed it to OC. | 0.30 | 49.50 |
| 8/16/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to damages spreadsheet. | 0.30 | 97.50 |
| 8/16/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) regarding revised calculation of damages and attaching revised spreadsheet. | 0.20 | 65.00 |
| 8/16/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) conveying initial settlement demand. | 0.30 | 97.50 |
| 8/16/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Sergio Casiano) responding to Plaintiffs' initial settlement demand. | 0.10 | 32.50 |
| 8/16/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendant (Sergio Casiano) regarding the parties' settlement positions. | 0.20 | 65.00 |
| 8/18/2024 | Brooks LaRou Esq. | Unassigned | Preparation for 8/19/24 Settlement Conference; conducted research regarding tip/service charge distinctions in connection with the same. | 2.00 | 650.00 |
| 8/19/2024 | Steffany Sanguino | Paralegal | I emailed OC to f.u with the scheduling of mediation. | 0.10 | 16.50 |
| 8/19/2024 | Brooks LaRou Esq. | Unassigned | Continued preparation for and attendance at Settlement Conference with Magistrate Judge Goodman; then, meet with clients following Settlement Conference to discuss next steps after impasse | 5.50 | 1,787.50 |
| 8/19/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Minute Entry for 8/19/24 Settlement Conference. | 0.10 | 32.50 |
| 8/19/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Rosell v. VMSB, LLC, No. 23-12658, 2024 U.S. App. LEXIS 8959 (11th Cir. 2024) in connection with assessing validity of Plaintiffs' tip credit claim. | 0.40 | 130.00 |
| 8/20/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Joint Notice of Mediator Selection. | 0.30 | 97.50 |
| 8/20/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) requesting availability for Mediation and approval of Joint Notice of Mediator Selection. | 0.10 | 32.50 |
| 8/20/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt of email from counsel for Defendant (Sergio Casiano) approving date and time for Mediation. | 0.10 | 32.50 |
| 8/20/2024 | Brooks LaRou Esq. | Draft/revise | Final revision to draft Notice of Mediator Selection. | 0.10 | 32.50 |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/20/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding confirming Dimitra Anastasopoulos' availability for mediation and filing Notice of Mediator Selection. | 0.10 | 32.50 |
| 8/20/2024 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to Chrisovalantou re Mediation via Zoom | 0.30 | 150.00 |
| 8/20/2024 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to Dimitra re Mediation via Zoom | 0.30 | 150.00 |
| 8/20/2024 | Steffany Sanguino | Paralegal | Drafted and emailed Letter to Dimitra re Mediation via Zoom | 0.20 | 33.00 |
| 8/20/2024 | Steffany Sanguino | Paralegal | Drafted and emailed Letter to Chrisovalantou re Mediation via Zoom | 0.20 | 33.00 |
| 8/22/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Mediation Scheduling Letter and Confidentiality Agreement from mediator Karen Evans-Putney. | 0.30 | 97.50 |
| 9/16/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review and then revise the proposed Declarations for the Ms. Anastasopoulos and her sister | 0.40 | 200.00 |
| 9/16/2024 | Brooks LaRou Esq. | Phone Call | Receipt of voicemail from Valanta Anastasopoulos requesting case status update. | 0.10 | 32.50 |
| 9/17/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Conduct legal research for and revise the Motion for Conditional Certification, theb revise the notice and reminder notices | 1.00 | 500.00 |
| 9/18/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Valanta Anastasopoulos regarding case status, sworn declaration for her review and signature, and next steps of case including filing motion for conditional certification, sending discovery requests to Level 6, and attending mediation. | 0.50 | 162.50 |
| 9/18/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Dimitra Anastasopoulos regarding allegations of her sworn declaration in support of Motion for Conditional Certification, and next steps of case. | 0.20 | 65.00 |
| 9/18/2024 | Brooks LaRou Esq. | Phone Call | Follow-up phone call with Valanta and Dimitra Anastasopoulos regarding allegations of their sworn declarations in support of their Motion for Conditional Certification. | 0.40 | 130.00 |
| 9/18/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Hillary Frontado regarding sending sworn declarations in support of Plaintiffs' Motion for Conditional Certification to clients for signature. | 0.10 | 32.50 |
| 9/24/2024 | Brooks LaRou Esq. | Email with Client | Receipt of emails from clients requesting revision to their Sworn Declarations in support of Plaintiffs' Motion for Conditional Certification. | 0.20 | 65.00 |
| 9/24/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to drafts of Plaintiffs' Sworn Declarations in support of their Motion for Conditional Certification. | 0.30 | 97.50 |
| 9/24/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Hillary Frontado regarding sending Sworn Declarations in support of Plaintiffs' Motion for Conditional Certification to clients for signature. | 0.10 | 32.50 |
| 9/25/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) conferring on Plaintiff's intent to file Motion for Conditional Certification. | 0.10 | 32.50 |
| 9/27/2024 | Brooks LaRou Esq. | Email Communication | Email to/from counsel for Defendant (Sergio Casiano) regarding intent to file Motion for Conditional Certification and Motion for Leave to Amend Complaint to add claims for breach of contract. | 0.20 | 65.00 |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/3/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) conferring on whether Defendant opposes Plaintiffs' Motion for Conditional Certification. | 0.10 | 32.50 |
| 10/14/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's First Interrogatories and Requests for Production to Defendant. | 1.20 | 390.00 |
| 10/16/2024 | Brooks LaRou Esq. | Phone Call | Phone call with clients regarding potentially adding claims for breach of contract. | 0.70 | 227.50 |
| 10/16/2024 | Brooks LaRou Esq. | Email with Client | Email to client sending letter regarding risks of adding breach of contract claims. | 0.30 | 97.50 |
| 10/17/2024 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding their decision not to add claims for breach of contract, and next steps of litigation. | 0.70 | 227.50 |
| 10/17/2024 | Brooks LaRou Esq. | Draft/revise | Drafted call notes from 10/17/24 teleconference with clients. | 0.10 | 32.50 |
| 10/18/2024 | Brooks LaRou Esq. | Email with Client | Email to clients confirming their decision not to add claim for breach of contract, and discussing next steps of the case. | 0.20 | 65.00 |
| 10/18/2024 | Brooks LaRou Esq. | Draft/revise | Final revisions to Motion for Conditional Certification. | 0.30 | 97.50 |
| 10/18/2024 | Brooks LaRou Esq. | Email with Client | Email to/from client regarding filing Motion for Conditional Certification. | 0.20 | 65.00 |
| 10/18/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Motion for Conditional Certification. | 0.10 | 32.50 |
| 10/23/2024 | Brooks LaRou Esq. | Draft/revise | Final revisions to draft of Plaintiffs' First Interrogatories to Defendant. | 0.60 | 195.00 |
| 10/23/2024 | Brooks LaRou Esq. | Draft/revise | Final revisions to draft of Plaintiff's First Requests for Production to Defendant. | 0.40 | 130.00 |
| 10/23/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order Referring Plaintiff's Motion for Conditional Certification to Magistrate Judge Goodman. | 0.10 | 32.50 |
| 10/24/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino regarding service of Plaintiff's First Interrogatories and Requests for Production to Defendant. | 0.10 | 32.50 |
| 10/24/2024 | Steffany Sanguino | Paralegal | Served OC with our discovery request, RFP and INTs. | 0.40 | 66.00 |
| 11/4/2024 | Brian H. Pollock Esq. | FLSA - Plaintiff | Conduct initial review of Response to our M/Conditional Certification. Besides taking note of the arguments/issues raised in opposition, the reference to tip spreadsheets was significant because they were not previously produced. As a result, i drafted an email to Mr. Casiano to address the Defendant's failure to produce the spreadsheets, documents for the opt-in, and to provide a timely Rule 26 Disclosure and the disclosure documents. Then, give directions to Ms. Sanguino to work up our supplemental Rule 26 Disclosures to include the opt-in plaintiff's docs and info. | 1.10 | 550.00 |
| 11/4/2024 | Steffany Sanguino | Paralegal | I called client Dimitria to request her documents. I emailed her to f.u with my call. | 0.30 | 49.50 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/5/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's Response to Motion for Conditional Certification. | 0.50 | 162.50 |
| 11/6/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order Referring Motion for Conditional Certification to Magistrate Judge Ellen D'Angelo. | 0.10 | 32.50 |
| 11/7/2024 | Steffany Sanguino | Paralegal | Received, reviewed and downloaded documents from Dimitra. | 0.20 | 33.00 |
| 11/7/2024 | Steffany Sanguino | Paralegal | I amended our Rule 26 disclosures and added Dimitra's information and documents. | 0.30 | 49.50 |
| 11/7/2024 | Steffany Sanguino | Paralegal | Client Dimitra has confirmed she provided us with everything she has. | 0.10 | 16.50 |
| 11/7/2024 | Brian H. Pollock Esq. | Draft/revise | draft the motion to compel and to review file for same | 0.90 | 450.00 |
| 11/7/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) requesting one-week extension to file Reply to Defendant's Response to Motion for Conditional Certification. | 0.10 | 32.50 |
| 11/7/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendant (Shawna Biggs) requesting one-week extension to file Reply to Defendant's Response to Motion for Conditional Certification. | 0.10 | 32.50 |
| 11/7/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Motion for Extension to file Reply to Defendant's Response to Motion for Conditional Certification. | 0.50 | 162.50 |
| 11/7/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Proposed Order granting Plaintiff's Motion for Extension to file Reply to Defendant's Response to Motion for Conditional Certification. | 0.10 | 32.50 |
| 11/7/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order granting Plaintiff's Motion for Extension to file Reply to Defendant's Response to Motion for Conditional Certification. | 0.10 | 32.50 |
| 11/8/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order striking Plaintiff's Motion to Compel. | 0.10 | 32.50 |
| 11/11/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of documents sent by Dimitra Anastasopoulos 11/7/24. | 0.30 | 97.50 |
| 11/11/2024 | Brooks LaRou Esq. | Draft/revise | Finalized draft of Plaintiffs' Supplemental Rule 26 Disclosures; compiled documents for production with the same; conferral with Steffany Sanguino regarding service of Supplemental Rule 26 Disclosures and supporting documents. | 1.00 | 325.00 |
| 11/11/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Sergio Casiano) regarding his cancer treatment and availability for Discovery Hearing. | 0.10 | 32.50 |
| 11/11/2024 | Steffany Sanguino | Paralegal | Prepare and organize documents to be produced to defense counsel (I converted new documents into PDFs, combined them, and bate stamped them. I created a Dropbox link with an expiration date and password. Supplementary Rule 26 and documents have been served to OC. | 0.60 | 99.00 |
| 11/12/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding preparation and requested materials from Court for Discovery Hearing set for 1/3/25. | 0.10 | 32.50 |
| 11/12/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Notice of Discovery Hearing set for 1/3/25. | 0.30 | 97.50 |
| | Brooks | | Compiled source materials for 1/3/25 Discovery Hearing, and emailed | | |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/12/2024 | Brooks LaRou Esq. | Unassigned | Compiled source materials for 1/3/25 Discovery Hearing, and emailed the same to Chambers for Magistrate Judge Goodman. | 0.50 | 162.50 |
| 11/14/2024 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's Reply to Defendant's Response to Motion for Conditional Certification. | 9.00 | 2,925.00 |
| 11/18/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding setting call with counsel for Defendant to discuss outstanding discovery. | 0.10 | 32.50 |
| 11/20/2024 | Brooks LaRou Esq. | Unassigned | Preparation for teleconference with counsel for Defendant regarding discovery disputes. | 0.40 | 130.00 |
| 11/20/2024 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding submitting additional source material to Magistrate Judge Goodman in connection with discovery hearing set for 1/3/25. | 0.10 | 32.50 |
| 11/20/2024 | Brooks LaRou Esq. | Phone Call | Phone call and voicemail to counsel for Defendant (Sergio Casiano) regarding teleconference set for 11/20/24 at 3pm to discuss discovery disputes. | 0.10 | 32.50 |
| 11/20/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) regarding my attempt to contact him for 11/20/24 teleconference to discuss discovery disputes. | 0.10 | 32.50 |
| 11/20/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendant (Sergio Casiano) regarding conferral on discovery disputes related to 1/3/24 discovery hearing. | 0.60 | 195.00 |
| 11/22/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Shawna Biggs) requesting extension to respond to Plaintiff's First Interrogatories and Requests for Production. | 0.10 | 32.50 |
| 11/22/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Valanta Anastasopoulos regarding Defendant's outstanding discovery and Rule 26 disclosures, upcoming settlement conference, and settlement strategy. | 0.60 | 195.00 |
| 11/25/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Dimitra Anastasopoulos regarding case status, next steps, and settlement strategy. | 0.50 | 162.50 |
| 11/26/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Dimitra Anastasopoulos regarding settlement authority and upcoming discovery hearing set for 1/3/25. | 0.50 | 162.50 |
| 11/26/2024 | Steffany Sanguino | Paralegal | I emailed Oc to f.u with their discovery answers and with BP request for documents. | 0.20 | 33.00 |
| 12/2/2024 | Steffany Sanguino | Paralegal | I emailed Ms. Biggs requesting for her to forward me the email she referred to as her initial disclosures. | 0.10 | 16.50 |
| 12/4/2024 | Steffany Sanguino | Paralegal | I emailed OC to f.u with their discovery answers and requested the email with the initial disclosures. | 0.20 | 33.00 |
| 12/5/2024 | Steffany Sanguino | Paralegal | Receipt downloaded and organized the defendant's initial disclosure documents. | 0.70 | 115.50 |
| 12/5/2024 | Steffany Sanguino | Paralegal | Receipt downloaded and organized the defendant's discovery answers to our First Request and Responsive documents. | 0.50 | 82.50 |
| 12/5/2024 | Steffany Sanguino | Paralegal | I assisted Hillary with her tasks regarding the correspondence for the defendant's witnesses. | 0.30 | 49.50 |
| 12/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to witness to contact me to B Kamal | 0.30 | 150.00 |
| 12/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to witness to contact me to C Kassis | 0.30 | 150.00 |
| | Brian H. | | | | |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to witness to contact me to B Isman | 0.30 | 150.00 |
| 12/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to witness to contact me to H Mayi | 0.30 | 150.00 |
| 12/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to witness to contact me to G Readman | 0.30 | 150.00 |
| 12/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to witness to contact me to G Ameneiro | 0.30 | 150.00 |
| 12/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to witness to contact me to B McGee | 0.30 | 150.00 |
| 12/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to witness to contact me to J Rivero | 0.30 | 150.00 |
| 12/5/2024 | Brian H. Pollock Esq. | Draft/revise | Draft letter to witness to contact me to J Moreno | 0.30 | 150.00 |
| 12/6/2024 | Steffany Sanguino | Paralegal | Receipt download and organize the Defendant's RFP and INTs for both plaintiffs. | 0.40 | 66.00 |
| 12/6/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and initial review of Defendant's Response to Plaintiff's First Requests for Production and responsive documents produced therewith. | 1.50 | 487.50 |
| 12/6/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's Response to Plaintiff's First Interrogatories. | 0.30 | 97.50 |
| 12/6/2024 | Steffany Sanguino | Paralegal | The first draft of the INTS for Dimitra has been drafted | 1.00 | 165.00 |
| 12/6/2024 | Steffany Sanguino | Paralegal | The first draft of the INTS for Chrisovalantou has been drafted. | 1.00 | 165.00 |
| 12/6/2024 | Steffany Sanguino | Paralegal | The first draft of the RFP for Dimitra has been drafted. | 0.70 | 115.50 |
| 12/6/2024 | Steffany Sanguino | Paralegal | The first draft of the RFP for Chrisovalantou has been drafted. | 0.70 | 115.50 |
| 12/6/2024 | Steffany Sanguino | Paralegal | I drafted a letter disclosing the discovery request to Chrisovalantou. | 0.30 | 49.50 |
| 12/6/2024 | Steffany Sanguino | Paralegal | I drafted a letter enclosing the discovery request to Dimitra. | 0.30 | 49.50 |
| 12/6/2024 | Brooks LaRou Esq. | Phone Call | Phone call with clients regarding documents produced by Defendants and documents still needed, Defendant's discovery requests served 12/5/24, and settlement authority. | 1.10 | 357.50 |
| 12/11/2024 | Steffany Sanguino | Paralegal | I emailed and texted Chrisovalantaou to f.u with her discovery answers. | 0.30 | 49.50 |
| 12/11/2024 | Steffany Sanguino | Paralegal | I emailed and texted Dimitra to f.u with her discovery answers. | 0.30 | 49.50 |
| 12/11/2024 | Steffany Sanguino | Paralegal | Conversation with the client regarding the mediation. The client wants to schedule a call with Brooks to confirm if he received a proposal for settlement or if she needs to work on the discovery answers. | 0.30 | 49.50 |
| 12/11/2024 | Steffany Sanguino | Paralegal | Conferral with BL regarding the conversation with the client about a potential proposal for settlement. | 0.10 | 16.50 |
| | Brooks | | Receipt of email from counsel for Defendant (Sergio Casiano) | | |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/11/2024 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Sergio Casiano) requesting to reschedule the time of mediation and cancel discovery hearing. | 0.10 | 32.50 |
| 12/11/2024 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano and Shawna Biggs) regarding insufficiency of documents produced with Defendant's Rule 26 Disclosures and in response to Plaintiffs' First Requests for Production, and discussing rescheduling start time of mediation. | 0.40 | 130.00 |
| 12/12/2024 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendant (Shawna Biggs) conveying settlement offer and discussing potential for resolution of case before mediation. | 0.10 | 32.50 |
| 12/12/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Valanta Anasatasopoulos regarding settlement offer conveyed and case status. | 0.10 | 32.50 |
| 12/12/2024 | Brooks LaRou Esq. | Email Communication | Email from/to counsel for Defendant (Shawna Biggs) regarding setting follow-up call to discuss settlement negotiations. | 0.10 | 32.50 |
| 12/13/2024 | Steffany Sanguino | Paralegal | I conferral with BL regarding the clients discovery answers. | 0.10 | 16.50 |
| 12/16/2024 | Steffany Sanguino | Paralegal | Discuss status of settlement negotiations with client. | 0.20 | 33.00 |
| 12/16/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Dimitra Anastasopoulos regarding status of settlement negotiations and mediation set for 12/19/24. | 0.20 | 65.00 |
| 12/16/2024 | Brooks LaRou Esq. | Phone Call | Phone call with Chrisovalantou Anastasopoulos regarding status of settlement negotiations and mediation set for 12/19/24. | 0.10 | 32.50 |
| 12/17/2024 | Steffany Sanguino | Paralegal | Client Dimitra called regarding the settlement. Discussed status of settlement negotiations and need for her to attend mediation. | 0.20 | 33.00 |
| 12/17/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of letter from mediator Karen Evans Putney regarding rescheduled start time of 12:45pm for mediation set for 12/19/24. | 0.10 | 32.50 |
| 12/18/2024 | Brooks LaRou Esq. | Email with Client | Email to Chrisovalantou and Dimitra Anastasopoulos confirming updated start-time for mediation and forwarding Zoom link for the same. | 0.10 | 32.50 |
| 12/18/2024 | Steffany Sanguino | Paralegal | Receipt, downloaded, and organized documents from the defendant. | 0.60 | 99.00 |
| 12/18/2024 | Steffany Sanguino | Paralegal | Both clients confirmed they have the zoom link for the mediation meeting. | 0.10 | 16.50 |
| 12/19/2024 | Brooks LaRou Esq. | Attendance at | Attendance at mediation. | 5.00 | 1,625.00 |
| 12/20/2024 | Brooks LaRou Esq. | Phone Call | Phone call with mediator Karen Evans Putney requesting that she convey settlement counteroffer to counsel for Defendant. | 0.10 | 32.50 |
| 12/27/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's draft of Joint Motion for Approval of FLSA Settlement and Dismissal With Prejudice. | 0.20 | 65.00 |
| 12/27/2024 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's draft of Consent to Magistrate's Jurisdiction. | 0.10 | 32.50 |
| 12/27/2024 | Brooks LaRou Esq. | Draft/revise | Revisions to Defendant's drafts of FLSA Settlement Agreement, Motion for Settlement Approval, and Proposed Order granting the same. | 1.00 | 325.00 |
| 12/30/2024 | Brian H. Pollock | FLSA - Plaintiff | Further revise the FLSA Settlement Agreement, Mot to Approve, and | 0.90 | 450.00 |

| Date | Attorney | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Esq. | | proposed Order Approving FLSA Settlement | | |
| 1/2/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order instructing parties to file Stipulation of Dismissal/Motion for Settlement Approval. | 0.10 | 32.50 |
| 1/8/2025 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendant (Sergio Casiano) regarding proposed edits to Stipulation of Consent to Magistrate Judge's Jurisdiction, Motion for FLSA Settlement Approval, Proposed Order granting the same, and FLSA Settlement Agreement. | 0.80 | 260.00 |
| 1/13/2025 | Brooks LaRou Esq. | Draft/revise | Revisions to drafts of Stipulation of Consent to Magistrate Judge's Jurisdiction, FLSA Settlement Agreement, Motion for Settlement Approval and Dismissal, and Proposed Order granting the same based on 1/8/25 teleconference with counsel for Defendant (Sergio Casiano). | 1.00 | 325.00 |
| 1/16/2025 | Brooks LaRou Esq. | Email Communication | Email from/to counsel for Defendant (Sergio Casiano) regarding approval of Consent to Jurisdiction of Magistrate Judge, FLSA Settlement Agreement, General Release, Motion for Settlement Approval/Dismissal, and Proposed Order granting the same. | 0.20 | 65.00 |
| 1/16/2025 | Brooks LaRou Esq. | Email with Client | Email from/to client (Dimitra Anastasopoulos) regarding Defendant's approval of settlement documents. | 0.20 | 65.00 |
| 1/16/2025 | Brooks LaRou Esq. | Unassigned | Prepared and sent settlement agreements to clients for e-signature. | 0.20 | 65.00 |
| 1/17/2025 | Brooks LaRou Esq. | Phone Call | Phone call with clients regarding terms of settlement agreements, and signing W-4 and W-9. | 0.50 | 162.50 |
| 1/21/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Final Mediation Report filed by Karen Evans Putney. | 0.10 | 32.50 |
| 1/21/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Tatiana Melendez regarding missed call from Chrisovalantou Anastasopoulos. | 0.10 | 32.50 |
| 1/21/2025 | Brooks LaRou Esq. | Phone Call | Phone call with clients regarding their questions about terms of settlement agreements. | 1.10 | 357.50 |
| 1/24/2025 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendant (Sergio Casiano) regarding clients' proposed revision to general release. | 0.10 | 32.50 |
| 1/24/2025 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) regarding clients' proposed revision to general release. | 0.10 | 32.50 |
| 1/27/2025 | Brooks LaRou Esq. | Phone Call | Phone call with Valanta Anastasopoulos regarding status of proposed revisions to general release. | 0.20 | 65.00 |
| 1/28/2025 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendant (Sergio Casiano) requesting update on whether Defendant is agreeable to a mutual general release. | 0.10 | 32.50 |
| 1/30/2025 | Brooks LaRou Esq. | Phone Call | Phone call with Dimitra Anastasopoulos regarding Defendant's agreement to mutual general release. | 0.10 | 32.50 |
| 1/30/2025 | Brooks LaRou Esq. | Draft/revise | Revisions to general release; emailed the same to counsel for Defendant (Sergio Casiano) for approval. | 0.50 | 162.50 |
| 2/3/2025 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendant (Sergio Casiano) regarding Defendant's approval of draft of general releases. | 0.10 | 32.50 |

| Date | Timekeeper | Category | Description | Hours | Total |
|---|---|---|---|---|---|
| 2/3/2025 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) sending FLSA settlement agreement and general releases signed by clients, W-4s, and W-9s. | 0.10 | 32.50 |
| 2/3/2025 | Brooks LaRou Esq. | Email Communication | Receipt of email from counsel for Defendant (Sergio Casiano) sending fully executed FLSA settlement agreement and general releases. | 0.10 | 32.50 |
| 2/3/2025 | Brooks LaRou Esq. | Email Communication | Email to counsel for Defendant (Sergio Casiano) regarding filing Motion for Settlement Approval/Dismissal. | 0.10 | 32.50 |
| 2/4/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order referring Joint Motion for Settlement Approval/Dismissal to Magistrate Judge Goodman for report and recommendation. | 0.10 | 32.50 |
| 2/4/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order requiring Plaintiffs to file retainer agreements and billing/cost records. | 0.10 | 32.50 |
| 2/4/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order setting Zoom Fairness Hearing. | 0.10 | 32.50 |

**Services Subtotal: 37,966.10**

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 4/25/2024 | FairLaw Firm | Filing Fee - Federal Court | | 405.00 |
| 5/20/2024 | FairLaw Firm | Service of Process | Service on Ink 477 d/b/a Level 6 | 47.60 |
| 12/6/2024 | FairLaw Firm | Postage | Letter to a witness | 0.69 |
| 12/6/2024 | FairLaw Firm | Postage | Letter to a witness | 0.69 |
| 12/6/2024 | FairLaw Firm | Postage | Letter to a witness | 0.69 |
| 12/6/2024 | FairLaw Firm | Postage | Letter to a witness | 0.69 |
| 12/6/2024 | FairLaw Firm | Postage | Letter to a witness | 0.69 |
| 12/6/2024 | FairLaw Firm | Postage | Letter to a witness | 0.69 |
| 12/6/2024 | FairLaw Firm | Postage | Letter to a witness | 0.69 |
| 12/6/2024 | FairLaw Firm | Postage | Letter to a witness | 0.69 |
| 12/6/2024 | FairLaw Firm | Postage | Letter to a witness | 0.69 |
| 12/6/2024 | FairLaw Firm | Depositions | Letter Demand Pursuant to Fla. Stat. §68.065 | 9.64 |
| 12/19/2024 | FairLaw Firm | Arbitrators/mediators | Our share of mediation | 1,500.00 |

**Expenses Subtotal: 1,968.45**

**Total: 39,934.55**