UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21586-KMW

CHRISOVALANTOU ANASTASOPOULOS,
and DIMITRA ANASTASOPOULOS,

    Plaintiffs,

vs.

INK 477 LLC,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF NO OBJECTION

Plaintiffs, Chrisovalantou Anastasopoulos and Dimitra Anastasopoulos, through their undersigned counsel, notify the Court that they have no objection to the Report and Recommendation on FLSA Settlement issued by Magistrate Judge Jonathan Goodman on February 12, 2025 [ECF No. 56].

Respectfully submitted this 12th day of February 2025.

                                                                      s/ Patrick Brooks LaRou
                                                                      Brian H. Pollock, Esq. (174742)
                                                                      brian@fairlawattorney.com
                                                                      Patrick Brooks LaRou, Esq. (1039018)
                                                                      brooks@fairlawattorney.com
                                                                      FAIRLAW FIRM
                                                                      135 San Lorenzo Avenue, Suite 770
                                                                      Coral Gables, Florida 33146
                                                                      Telephone: (305) 230-4884
                                                                      *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com