UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21586-CV-WILLIAMS

CHRISOVALANTOU ANASTASOPOULOS,
*et al.*,

    Plaintiff,

v.

INK 477 LLC,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations on FLSA Settlement (DE 56) ("*Report*"). In the Report, Chief Judge Goodman recommends the Court grant the Parties' Joint Motion for Approval of FLSA Settlement and to Dismiss with Prejudice (DE 50) ("*Motion*"), approve the Parties' settlement agreement, and dismiss the case with prejudice. (DE 56 at 3.) The Report finds that the settlement agreement "occurred in an adversarial context" and "represents a reasonable compromise by both sides," including with respect to amounts Plaintiffs' counsel will receive. (*Id.*) Plaintiffs filed a Notice of No Objection (DE 57), and Defendant did not file an objection.

Upon a careful review of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Judge Goodman's Report (DE 56) is **AFFIRMED AND ADOPTED**.
2. The Parties' Joint Motion for Approval of FLSA Settlement and to Dismiss with Prejudice (DE 50) is **GRANTED**.

3. The Parties' Settlement Agreement (DE 50-1) is **APPROVED**. Payment of attorney's fees and costs shall be governed by the Settlement Agreement.

4. The Court retains jurisdiction over this matter to enforce the terms of the Settlement Agreement through **April 28, 2025**.

5. This case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 26th day of February, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE